**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Baudax Bio, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4639500** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **490 Lapp Road**<br>**Malvern, PA 19355**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Chester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.baudaxbio.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Baudax Bio, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor  **Baudax Bio, Inc.**
    Name      Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Baudax Bio, Inc.**                                        Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Baudax Bio, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2024**
　　　　　　　MM / DD / YYYY

**X** **/s/ Gerri Henwood**　　　　　　　　　　　　　　　**Gerri Henwood**
Signature of authorized representative of debtor　　　Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ David B. Smith**　　　　　　　　　　Date **February 22, 2024**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone    **610-407-7215**　　　　Email address    **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Baudax Bio, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **001-39101** .

2. The following financial data is the latest available information and refers to the debtor's condition on   **September 30, 2023** .

a. Total assets     $     **20,583,000.00**

b. Total debts (including debts listed in 2.c., below)     $     **21,781,000.00**

c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | **0.00** | **0** |

d. Number of shares of preferred stock     **0**     **0**

e. Number of shares common stock     **52,460,302**     **32**

Comments, if any:
**The information listed herein is derived in part from the quarterly report (Form 10-Q) for the quarterly period ending September 30, 2023, which Baudax Bio, Inc. filed on November 20, 2023.**

3. Brief description of Debtor's business:
**Baudax Bio, Inc. is a biotechnology company focused on developing T cell receptor therapies utilizing human regulatory T cells, as well as a portfolio of clinical stage neuromuscular blocking agents and an associated reversal agent.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**To the extent known by the Debtor or ascertainable from public filings:**
**Armistice Capital Master Fund, Ltd.**
**Sabby Volatility Warrant Master Fund, Ltd.**
**Yong Chan Kim**
**Teraimmune Inc.**
**Rebert Edgley**
**Series X Escrow**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Baudax Bio, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aon Risk Services Central, Inc. Aon Risk Services Companies, Inc.** PO Box 7247-7376 Philadelphia, PA 19170-7376 | | **Insurance premiums and charges** | | | | $368,234.95 |
| **Bong-Hyun Kim** 10 Hackett Ct. Poolesville, MD 20837 | | **Wages** | | | | $135,124.00 |
| **Broadridge Investor Comm. Solutions, Inc** PO Box 416423 Boston, MA 02241-6423 | | **Service Provider - Stock Transfer Agent** | | | | $149,210.72 |
| **Cornell University (Tech Licensing)** 395 Pine Tree Road Suite 310 Ithaca, NY 14850 | | **University - Licensing and patent fees for BX 1000, 2000 and 3000** | | | | $124,419.39 |
| **DLA Piper** PO Box 780528 Philadelphia, PA 19178-0528 | | **Legal Services** | | | | $297,815.88 |
| **DLA Piper LLP (US)** 6225 Smith Avenue Baltimore, MD 21209 | | **IP counsel** | | | | $340,540.47 |
| **Donnelley Financial, LLC** PO Box 531832 Atlanta, GA 30353-1832 | | **corporate publishing** | | | | $416,100.00 |
| **Eisneramper LLP** 733 Third Avenue New York, NY 10017 | | **accounting and audit services** | | | | $283,875.00 |

| Debtor | **Baudax Bio, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ERG Holding Company, LLC Dept. #5614 PO Box 790126 Saint Louis, MO 63179-0126 | | clinical services | | | | $916,933.72 |
| Goodwin Procter LLP 100 Northern Avenue Boston, MA 02110 | | Corporate counsel | | | | $1,811,579.63 |
| Jae Hyun Lim 9908 Bald Cypress Dr. Rockville, MD 20850 | | Wages | | | | $120,698.00 |
| JBR Clinical Research 650 East 4500 South Suite 100 Salt Lake City, UT 84107 | | Clinical charges | | | | $397,868.42 |
| Jeong Heon Yoon 16 Chantilly Ct. Rockville, MD 20850 | | Wages | | | | $176,196.00 |
| Jihoon Park 18919 Festival Dr. Boyds, MD 20841 | | Wages | | | | $169,760.00 |
| Labcorp Early Development Laboratories, Inc. PO Box 2464 Burlington, NC 27216 | | preclinical lab services | | | | $324,051.87 |
| LifeSci Advisors, LLC 250 West 55th Street 34th Floor New York, NY 10019 | | IR/PR services | | | | $188,714.59 |
| Stewart McCallum 1401 Kyneton Road Villanova, PA 19085 | | Consultant | | | | $150,000.00 |
| Stout Risius Ross, LLC 150 W. Second Street Suite 400 Royal Oak, MI 48067 | | Accounting Specialist | | | | $239,037.50 |
| SZH Consulting 2737 Lantern Lane Norristown, PA 19403 | | TI HR consulting | | | | $123,250.00 |

Debtor    **Baudax Bio, Inc.**
_____        Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Troutman Pepper Hamilton Sanders LLP 3000 Two Logan Square Eighteenth and Arch Streets Philadelphia, PA 19103-2799** | | **Legal Services** | | | | **$1,297,028.67** |

A&L Goodbody
International Financial Services
North Wall Quay
Dublin 1
IRELAND


ABC/Amega
Collection Bureau for
Digital Media Innovations, LLC
500 Seneca Street, Suite 503
Buffalo, NY 14204-1963


Accenture LLP
161 N. Clark Street
Chicago, IL 60601


Advarra, Inc.
4445 Lake Forest Drive
Suite 300
Cincinnati, OH 45242


Agilent Technologies, Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051


Almac Sciences Ireland Ltd
IDA technology & Business Park
FKA Bioclin Research Laboratories
Garrycastle, Athlor CO
IRELAND


AlphaVektor, LLC
11113 Alison Parke Trail
Austin, TX 78755


Alturas Analytics, Inc.
1324 Altuas Drive
Moscow, ID 83843

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


American Express
PO Box 6031
Carol Stream, IL 60197-6031


American Society for Enhanced Recovery
2111 Chestnut Avenue
Suite 145
Glenview, IL 60025


American Society of Anesthesiologists
1061 American Lane
Schaumburg, IL 60173-4973


American Society of Colon and
Rectal Surgeons
One Prakview Plaza
Suite 800
Villa Park, IL 60181


Amy Thomas
1511 N. Bailey Road
Downingtown, PA 19335


Andrew Dreschler
114 Woodland Avenue
Avon by the Sea, NJ 07717


AON Consulting, Inc.
PO Box 100137
Pasadena, CA 91189-0137


Aon Risk Services Central, Inc.
Aon Risk Services Companies, Inc.
PO Box 7247-7376
Philadelphia, PA 19170-7376

ARE-Maryland No. 52, LLC
Attention: Corporate Secretary
26 North Euclid Avenue
Pasadena, CA 91101


Argot Partners, LLC
767 Third Avenue
34th Floor
New York, NY 10017


Arnold M. Baskies, MD, LLC
57 Festival Drive
Voorhees, NJ 08043


Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975


Ballard Spahr
2000 South 8th Street
Minneapolis, MN 55402-2274


Baudax Bio Limited
490 Lapp Road
Malvern, PA 19355


Baudax Bio N.A. LLC
490 Lapp Road
Malvern, PA 19355


Baylor College of Medicine
One Baylor Plaza
CBMN 505
Houston, TX 77030


BDO USA, LLP
770 Kenmoor SE
Suite 300
Grand Rapids, MI 49546

Becton Dickinson
Beckton, Dickinson & Company
PO Box 28983
New York, NY 10087-8983


BGR Government Affairs, LLC
601 Thirteenth Street NW
Eleventh Floor South
Washington, DC 20005


BIO Korea
1st Floor, Building C
700 Daewangpangyo-ro, Bundang-gu,
Seongn-si, Gyeonggi-do
Republic of Korea 13488


Biocair Inc.
30 Tower Office Park
Woburn, MA 01801


BioPharm Communications
290 Union Square Drive
New Hope, PA 18938


Birch Partners Consulting, LLC
1633 Valley Greene Road
Paoli, PA 19301


Bong-Hyun Kim
10 Hackett Ct.
Poolesville, MD 20837


Broadridge Corp. Issuer Solutions, Inc.
PO Box 417106
Boston, MA 02241


Broadridge Investor Comm. Solutions, Inc
PO Box 416423
Boston, MA 02241-6423

CCHMC
3333 Burnett Avenue
Cincinnati, OH 45229-3039


Certara USA, Inc.
Box 32080
New York, NY 10087-2080


Charles River Laboratories Incorporated
22022 Transcanadienne
Senneville, QC H9X 3R3
CANADA


Chase Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


Christina Carnegie Consultancy, Ltd.
Llanvihangel Court
Llansoy, Usk
Monmouthshire NP15 1DU
Wales, UK


Clinical Supplies Management
Holdings, Inc.
300 Technology Drive
Malvern, PA 19355


Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087


Comptroller of Maryland
Compliance Division
Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201

Comstar Technologies
1155 Phoenixville Pike
Suite 114-115
West Chester, PA 19380


Concur Technologies, Inc.
601 108th Avenue NE
Suite 1000
Bellevue, WA 98004


CoPilot Provider Support Services, Inc.
1981 Marcus Avenue
Suite C130
Elmont, NY 11003


Copyright Clearance Center
29118 Network Place
Chicago, IL 60673-1291


Cornell University (Tech Licensing)
395 Pine Tree Road
Suite 310
Ithaca, NY 14850


Curia Wisconsin, Inc.
870 Badger Circle
Grafton, WI 53024


Danforth Advisors LLC
PO Box 335
Southborough, MA 01772


DataWatch
4520 East West Highway
Suite 200
Bethesda, MD 20814

De Lage Landen Financial Services, Inc.
1111 Old Eeagle School Road
Suite 1
Wayne, PA 19087


Definitive Healthcare, LLC
Now: Joseph, Mann and Creed
Collection Agency
550 Cochituate Road, Unit 4
Framingham, MA 01701


Deloitte Tax LLP
4022 Sells Drive
Hermitage, TN 37076


DLA Piper
PO Box 780528
Philadelphia, PA 19178-0528


DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209


Donnelley Financial, LLC
PO Box 531832
Atlanta, GA 30353-1832


Donohue Advisory Associates LLC
9801 Washington Blvd.
Suite 340
Gaithersburg, MD 20878


DSG CDM, LLC
325 Technology Drive
Malvern, PA 19355

Dun Laoghaire Rathdown County Council
County Hall - Marine Road
Dun Laoghaire
County Dublin
Ireland


Dun Laoghaire-Rathdown County Council
Rates Office
County Hall
Dun Laoghaire CO
IRELAND


E*Trade Financial Corporate Services
Attn: Accounts Receivable
PO Box 3512
Arlington, VA 22203


Eisneramper LLP
733 Third Avenue
New York, NY 10017


Emtech
2377 Crenshaw Blvd.
Suite 270
Torrance, CA 90501


Equisolve, Inc.
3500 SW Corporate Parkway
Suite 206
Palm City, FL 34990


Equity Plan Solutions, LLC
1495 Virginia Avenue
Redwood City, CA 94061


eResearch Technology, Inc.
PO Box 536636
Pittsburgh, PA 15203-5908

ERG Holding Company, LLC
Dept. #5614
PO Box 790126
Saint Louis, MO 63179-0126


Eurofins Advantar Laboratories, Inc.
5451 Oberlin Drive
Suite 100
San Diego, CA 92121


Ewing Cole
810 Ligh Street
Baltimore, MD 21230


eXpd8
BBS Limited
Unit 3C Swords Business
Swords CO
IRELAND


Eze Castle Integration, Inc.
100 High Street
16th Floor
Boston, MA 02110


Facility Logix, LLC
3901 National Drive
Burtonsville, MD 20866


Firefly Solutions, LLC
16 Tall Timber Lane
Basking Ridge, NJ 07920


Foley & Lardner, LLP
3000 K Street NW
Suite 600
Washington, DC 20007

FX2 LLC
2052 Ashburton Way
Mount Pleasant, SC 29466


Geraldine A. Henwood
1554 Paoli Pike
No. 308
West Chester, PA 19380


Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02110


Greenleaf Health, Inc.
1055 Thomas Jefferson St. NW
Suite 450
Washington, DC 20007


Health Products Regulatory Authority
Earlsfort Centre
Earlsfort Terrace
Dublin 2
IRELAND


Henry M. Jackson Foundation
6720-A Rockledge Drive
Suite 100
Bethesda, MD 20817


HiTech Health Ltd
5-7 Main Street
Blackrock
CO Dublin
Ireland


Hogan Lovells US LLP
PO Box 75890
Baltimore, MD 21275-5890

Horne LLP
PO Box 2153
Birmingham, AL 35287-9331


Horne Public Accounting
661 Sunnybrook Road
Suite 100
Ridgeland, MS 39157


Integrated Commercialization
Solutions, LLC
3101 Gaylord Parkway
Frisco, TX 75034


Integrichain, Inc.
8 Penn Cernter, 3rd Floor
1628 JFK Blvd.
Philadelphia, PA 19103


Internal Revenue
Insolvency Unit
600 Arch Street
Philadelphia, PA 19106


Intrado Digital Media, LLC
Office of General Counsel
11808 Miracle Hills Drive
Omaha, NE 68154


inWorks, LLC
PO Box 342
Uwchland, PA 19480


IQ EQ Corporate Services (IRE) Limited
Suite 6, Rineanna House
Shannon Free Zone CO
IRELAND

IQVIA RDS, Inc. (FKA Quintiles, Inc.)
4820 Emperor Blvd.
Durham, NC 27703


Irene Kim
12582 Foreman Blvd.
Clarksburg, MD 20871


Jae Hyun Lim
9908 Bald Cypress Dr.
Rockville, MD 20850


Jae Min Cho
13822 Harrier Way
Clarksburg, MD 20871


JBR Clinical Research
650 East 4500 South
Suite 100
Salt Lake City, UT 84107


Jeong Heon Yoon
16 Chantilly Ct.
Rockville, MD 20850


Jihoon Park
18919 Festival Dr.
Boyds, MD 20841


Jillian Dilmore
5 Willow Drive
Malvern, PA 19355


John Goll
4 Barnard Place
Pompton Plains, NJ 07444

John Savarese
71 Glen Lane
Southbury, CT 06488


Junho Cho
244 Congressional Lane
Rockville, MD 20852


Karam Accounting
11 Deer Park Drive, Suite 102A
Monmouth Junction, NJ 08852


Karebay
11 Deer Paqrk Drive, Suite 102A
Monmouth Junction, NJ 08852


Key Clinical Trial Services
1200 South 2000 East
Salt Lake City, UT 84108


Kingsdale Shareholder Services US Inc.
745 Fifth Avenue
5th Floor
New York, NY 10151


KPMG
Dept. 0522
PO Box 120522
Dallas, TX 75312-0522


KPMG - Dublin
1 Stokes Place
St. Stephen's green
D02 DE03
IRELAND

Labcorp Early Development
Laboratories, Inc.
PO Box 2464
Burlington, NC 27216


Layer 8 Security, LLC
5 Great Valley Parkway
Suite 130
Malvern, PA 19355


LifeSci Advisors, LLC
250 West 55th Street
34th Floor
New York, NY 10019


LIfeworks US, Inc.
PO Box 775226
Chicago, IL 60677-5226


Loonhills R&D Inc.
5320 13e Avenue
Montreal, WC H1X 2X8
CANADA


Lyophilizatin Technology, Inc.
30 Indian Drive
Warminster, PA 18974


MAM Eagle Lender, LLC
One Bryant Park, 38th Floor
New York, NY 10036


Maryland Department of Labor
1100 N. Eutaw Street, Room 401 522
Baltimore, MD 21201

Masako Consulting, LLC
2020 Grand River Anx
Suite 100
Brighton, MI 48114


McKesson Medical - Surgical Inc.
9954 Maryland Drive
Suite 4000
Henrico, VA 23233


MedDoc Acquisition
13826 Grey Colt Drive
Gaithersburg, MD 20878-3867


Mediant Communications, Inc.
PO Box 29976
New York, NY 10087-9976


Mele Associates
11 Taft Court
Suite 101
Rockville, MD 20850


Nasdaq Stock Market, LLC
PO Box 780700
Philadelphia, PA 19178-0700


Navex Global, Inc.
5500 Meadows Road
Suite 500
Lake Oswego, OR 97035


NetMedia Solutions LLC
100 W. Main Street
Suite 206
Lansdale, PA 19446

NIH
Government Lockbox
3180 River Trail S.
Earth City, MO 63045


Noble Capital Markets, Inc.
150 East Palmetto Park Road
Suite 110
Boca Raton, FL 33432


PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120


Padma Priya Sekar
6000 California Circ.
Apt. 111
Rockville, MD 20852


Patheon API Services, Inc.
101 Technology Place
Florence, SC 29501


Patheon UK Limited
Kingfisher Drive
Covingham
Swindon Wiltshire
IRELAND


Pay Governance, LLC
Two Logan Square
100 N. 18th Street
Suite 821
Philadelphia, PA 19103


PECO
Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

PECO
PO Box 37629
Philadelphia, PA 19101-0629


Pedley Law, PLLC
4365 S. Alton Way
Englewood, CO 80111


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Pinecone41, Inc.
3031 Tisch Way
110 PO
San Jose, CA 95128


Pitney Bowes
27 Waterview Drive
Shelton, CT 06484


PNC Bank
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222


Pope & Associates, LLC
5171 Mohawk Lane
Ogden, UT 84403


Potomac Law Group
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006


PPD Development, LP
929 North Front Street
Wilmington, NC 28401

PRI Healthcare Solutions, LP
461 From Road
Suite 190
Paramus, NJ 07652


Proshred Security
25 Industrial Blvd.
Paoli, PA 19301


Quality Chemical Laboratories, LLC
3400 Enterprise Drive
Wilmington, NC 28405


Reed Smith
599 Lexington Avenue
New York
New York, NY 10022-7650


Rubin and Rudman
53 State Street
Boston, MA 02109


Sagamore Sales and Marketing, Inc.
569 Main Street
Suite 201
Warren, RI 02885


Say Technologies, LLC
85 Willow Road
Menlo Park, CA 94025


SCP Vitalife Partners II, LP
5 Great Valley Parkway
Suite 210
Malvern, PA 19355

Securities & Exchange Commission
Office of General Counsel
Attn: Julia Lewis
100 F Street NE / Stop 9320/SP
Washington, DC 20549


Sejong LLP
65 Challenger Road
Suite 250
Ridgefield Park, NJ 07660


Selection.com
155 Tri-County Prkwy
Suite 150
Cincinnati, OH 45246


Sesnzime, Inc.
5072 Annuciation Circle
Suite 220
Immokalee, FL 34142


Sharp Packaging Solutions
23 Carland Road
Conshohocken, PA 19428


Sheppard Mullin
333 South Hope STreet, 43rd Floor
5493, CA 90071-1422


Shoals Medical Trials, Inc.
1300 South Montgomery Avenue
Sheffield, AL 35660


Si Hyug Jang
3979 Ducks Foot Lane
Ellicott City, MD 21042

Stewart McCallum
1401 Kyneton Road
Villanova, PA 19085


Stout Risius Ross, LLC
150 W. Second Street
Suite 400
Royal Oak, MI 48067


Sughrue
2000 Pennsylvania Avenue, NW
Suite 9000
Washington, DC 20006


Synchrony Healthcare Communications, Inc
22 N. Church Street
West Chester, PA 19380


SZH Consulting
2737 Lantern Lane
Norristown, PA 19403


TeraImmune, LLC
20400 Century Blvd.
Suite 125
Germantown, MD 20874


TGI Office Automation
120 3rd Street
Brooklyn, NY 11231


The FKM Group
FKM Engineering Limited
3013 Lake Drive
Dublin 24
IRELAND

The Griesser Group, LLC
107 N. Drexel Avenue
Havertown, PA 19083


The Harrison Group, Inc.
3 Raymond Drive
Suite 201
Havertown, PA 19083


The O'Connor Group
418 Gulph Ridge Drive
King of Prussia, PA 19406


The Plan Advocate
150 South Warner Road
Suite 300
King of Prussia, PA 19406


The Protection Bureau
Accounts Receivable Dept.
197 Philips Road
Exton, PA 19341


The University of Iowa Pharmaceuticals
115 South Grand Avenue G-20
Iowa City, IA 52242


Torillo & Associates, LLC
2 Rock Hill Road
Newtown Square, PA 19073


TRIO
5 Sylvan Way
Parsippany, NJ 07054


Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Trovare Preclinical Consulting, LLC
PO Box 3435
Ventura, CA 93006


University of Florida Research
Foundation, Inc.
310 Walker Hall
PO Box 115500
Gainesville, FL 32611-5500


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPToDate, Inc.
230 Third Avenue
Waltham, MA 02451


Valogic
21 Byte Ct.
Frederick, MD 21702


VenAmerica Communications, Inc.
PO Box 190
Olney, MD 20830-0190


Verizon
PO Box 16804
Newark, NJ 07101-6804


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408


WCG IRB, Inc.
1019 39th Avenue
Suite 120
Puyallup, WA 98374

William Ashton
21 Harrison Drive
Newtown Square, PA 19073


Wilmington Trust, National Association
As Agent for MAM Eagle Lender, LLC
1100 N. Market Street
Wilmington, DE 19890


Winston J. Churchill
500 SE Mizner Blvd.
Apt. 305A
Boca Raton, FL 33432-6083


Wontae Chang
11976 Artery Drive
Fairfax, VA 22030


WPT Land 2 LP
Attn: Chief Financial Officer
500 Chesterfield Parkway
Malvern, PA 19355


WPT Land 2 LP (Workspace Properties)
5 Great Valley Parkway
Suite 209
Malvern, PA 19355


Yong Chan Kim
16 Chantilly Ct.
Rockville, MD 20850


Young O. Hahm
17827 Shotley Bridge Pl.
Olney, MD 20832


Yourway Transport, Inc.
6681 Snowdrift Road
Allentown, PA 18106

```
Zoom Video Conferencing
55 Almaden Blvd.
Suite 600
San Jose, CA 95113
```

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Baudax Bio, Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Baudax Bio, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cede & Co**
**570 Washington Boulevard**
**Jersey City, NJ 07310**

☐ None [*Check if applicable*]

**February 22, 2024** _____
Date

**/s/ David B. Smith** _____
**David B. Smith 59098**
Signature of Attorney or Litigant
Counsel for   **Baudax Bio, Inc.**
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**