**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| BAUDAX BIO, INC. | Case No. 24-10583 (MDC) |
| Debtor | |

**STATEMENT OF QUALIFICATION AS COMPLEX CHAPTER 11 CASE**

Baudax Bio, Inc. (the "Debtor") filed the instant chapter 11 case on February 22, 2024. The undersigned attorney for the Debtor believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because: (1) the total debt in the case is more than three times the dollar amount stated in §101(51D), (2) the Debtor's equity securities are publicly traded, and (3) there are 100 or more parties in interest in the case.

SMITH KANE HOLMAN, LLC

Date: February 23, 2024

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Proposed Counsel to Debtor*