Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Baudax Bio, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aon Risk Services Central, Inc.** Aon Risk Services Companies, Inc. PO Box 7247-7376 Philadelphia, PA 19170-7376 | | Insurance premiums and charges | | | | $368,234.95 |
| **Bong-Hyun Kim** 10 Hackett Ct. Poolesville, MD 20837 | | Wages | | | | $135,124.00 |
| **Broadridge Investor Comm. Solutions, Inc** PO Box 416423 Boston, MA 02241-6423 | | Service Provider - Stock Transfer Agent | | | | $149,210.72 |
| **Cornell University (Tech Licensing)** 395 Pine Tree Road Suite 310 Ithaca, NY 14850 | | University - Licensing and patent fees for BX 1000, 2000 and 3000 | | | | $124,419.39 |
| **DLA Piper** PO Box 780528 Philadelphia, PA 19178-0528 | | Legal Services | | | | $297,815.88 |
| **DLA Piper LLP (US)** 6225 Smith Avenue Baltimore, MD 21209 | | IP counsel | | | | $340,540.47 |
| **Donnelley Financial, LLC** PO Box 531832 Atlanta, GA 30353-1832 | | corporate publishing | | | | $416,100.00 |
| **Eisneramper LLP** 733 Third Avenue New York, NY 10017 | | accounting and audit services | | | | $283,875.00 |

Debtor  **Baudax Bio, Inc.**                                          Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ERG Holding Company, LLC** Dept. #5614 PO Box 790126 Saint Louis, MO 63179-0126 | | clinical services | | | | $916,933.72 |
| **Goodwin Procter LLP** 100 Northern Avenue Boston, MA 02110 | | Corporate counsel | | | | $1,811,579.63 |
| **Jae Hyun Lim** 9908 Bald Cypress Dr. Rockville, MD 20850 | | Wages | | | | $120,698.00 |
| **JBR Clinical Research** 650 East 4500 South Suite 100 Salt Lake City, UT 84107 | | Clinical charges | | | | $397,868.42 |
| **Jeong Heon Yoon** 16 Chantilly Ct. Rockville, MD 20850 | | Wages | | | | $176,196.00 |
| **Jihoon Park** 18919 Festival Dr. Boyds, MD 20841 | | Wages | | | | $169,760.00 |
| **Labcorp Early Development Laboratories, Inc.** PO Box 2464 Burlington, NC 27216 | | preclinical lab services | | | | $324,051.87 |
| **LifeSci Advisors, LLC** 250 West 55th Street 34th Floor New York, NY 10019 | | IR/PR services | | | | $188,714.59 |
| **Stewart McCallum** 1401 Kyneton Road Villanova, PA 19085 | | Consultant | | | | $150,000.00 |
| **Stout Risius Ross, LLC** 150 W. Second Street Suite 400 Royal Oak, MI 48067 | | Accounting Specialist | | | | $239,037.50 |
| **SZH Consulting** 2737 Lantern Lane Norristown, PA 19403 | | TI HR consulting | | | | $123,250.00 |

| Debtor | Baudax Bio, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | *Name* | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Troutman Pepper Hamilton Sanders LLP**<br>**3000 Two Logan Square**<br>**Eighteenth and Arch Streets**<br>**Philadelphia, PA 19103-2799** | | **Legal Services** | | | | **$1,297,028.67** |