# EXHIBIT A
# LOCAL BANKRUPTCY RULE 2014-1 DISCLOSURES REGARDING PAYMENTS WITHIN 90 DAYS OF THE BANKRUPTCY

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| 2/2/2024 | $100,000.00 | $6,600.06 | $19,151.50[1] | $74,248.44 |

---

[1] This amount includes the chapter 11 filing fee of $1,738.00.