# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| BAUDAX BIO, INC. | : | Case No. 24-10583 (MDC) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Nicholas M. Engel, Esquire, do hereby certify that on February 23, 2024, I caused a true and correct copy of the Application to Employ Smith Kane Holman, LLC as Debtor's Counsel Pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 (the "Application"), as well as Notice of the Application, to be served by first-class mail, postage prepaid, upon the twenty largest unsecured creditors and those on the Clerk's Service List.

By:  /s/ Nicholas M. Engel
     Nicholas M. Engel, Esquire

## SERVICE LIST

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Kevin P. Callahan
United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Ste. 320
Philadelphia, PA 19107

Aon Risk Services Central, Inc.
Aon Risk Services Companies, Inc.
PO Box 7247-7376
Philadelphia, PA 19170-7376

Bong-Hyun Kim
10 Hackett Ct.
Poolesville, MD 20837

Broadridge Investor Comm. Solutions, Inc
PO Box 416423
Boston, MA 02241-6423

Cornell University (Tech Licensing)
395 Pine Tree Road
Suite 310
Ithaca, NY 14850

DLA Piper
PO Box 780528
Philadelphia, PA 19178-0528

DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

Donnelley Financial, LLC
PO Box 531832
Atlanta, GA 30353-1832

ERG Holding Company, LLC
Dept. #5614
PO Box 790126
Saint Louis, MO 63179-0126

Eisneramper LLP
733 Third Avenue
New York, NY 10017

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02110

JBR Clinical Research
650 East 4500 South
Suite 100
Salt Lake City, UT 84107

Jae Hyun Lim
9908 Bald Cypress Dr.
Rockville, MD 20850

Jeong Heon Yoon
16 Chantilly Ct.
Rockville, MD 20850

Jihoon Park
18919 Festival Dr.
Boyds, MD 20841

Labcorp Early Development
Laboratories, Inc.
PO Box 2464
Burlington, NC 27216

LifeSci Advisors, LLC
250 West 55th Street
34th Floor
New York, NY 10019

SZH Consulting
2737 Lantern Lane
Norristown, PA 19403

Stewart McCallum
1401 Kyneton Road
Villanova, PA 19085

Stout Risius Ross, LLC
150 W. Second Street
Suite 400
Royal Oak, MI 48067

Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799