United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-10583-mdc

Baudax Bio, Inc. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 6
Date Rcvd: Feb 23, 2024 Form ID: 309F1 Total Noticed: 192

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baudax Bio, Inc., 490 Lapp Road, Malvern, PA 19355-1246 |
| aty | + | KEVIN P. CALLAHAN, DOJ-Ust, Robert N.C. Nix Federal Building, 900 Market Street, Ste. 320 Philadelphia, PA 19107-4202 |
| aty | + | NICHOLAS M. ENGEL, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| 14857468 | | A&L Goodbody, International Financial Services, North Wall Quay, Dublin 1, IRELAND |
| 14857469 | | ABC/Amega, Collection Bureau for, Digital Media Innovations, LLC, 500 Seneca Street, Suite 503, Buffalo, NY 14204-1963 |
| 14857483 | | AON Consulting, Inc., PO Box 100137, Pasadena, CA 91189-0137 |
| 14857485 | + | ARE-Maryland No. 52, LLC, Attention: Corporate Secretary, 26 North Euclid Avenue, Pasadena, CA 91101-1961 |
| 14857470 | + | Accenture LLP, 161 N. Clark Street, Chicago, IL 60601-3362 |
| 14857471 | + | Advarra, Inc., 4445 Lake Forest Drive, Suite 300, Cincinnati, OH 45242-3739 |
| 14857473 | | Almac Sciences Ireland Ltd, IDA technology & Business Park, FKA Bioclin Research Laboratories, Garrycastle, Athlor CO, IRELAND |
| 14857474 | + | AlphaVektor, LLC, 11113 Alison Parke Trail, Austin, TX 78750-1504 |
| 14857475 | + | Alturas Analytics, Inc., 1324 Altuas Drive, Moscow, ID 83843-5062 |
| 14857478 | + | American Society for Enhanced Recovery, 2111 Chestnut Avenue, Suite 145, Glenview, IL 60025-1609 |
| 14857479 | | American Society of Anesthesiologists, 1061 American Lane, Schaumburg, IL 60173-4973 |
| 14857480 | + | American Society of Colon and, Rectal Surgeons, One Prakview Plaza, Suite 800, Villa Park, IL 60181-4730 |
| 14857481 | + | Amy Thomas, 1511 N. Bailey Road, Downingtown, PA 19335-1360 |
| 14857482 | + | Andrew Dreschler, 114 Woodland Avenue, Avon by the Sea, NJ 07717-1341 |
| 14857484 | | Aon Risk Services Central, Inc., Aon Risk Services Companies, Inc., PO Box 7247-7376, Philadelphia, PA 19170-7376 |
| 14857486 | + | Argot Partners, LLC, 767 Third Avenue, 34th Floor, New York, NY 10017-2083 |
| 14857487 | + | Arnold M. Baskies, MD, LLC, 57 Festival Drive, Voorhees, NJ 08043-4326 |
| 14857493 | + | BDO USA, LLP, 770 Kenmoor SE, Suite 300, Grand Rapids, MI 49546-8621 |
| 14857495 | + | BGR Government Affairs, LLC, 601 Thirteenth Street NW, Eleventh Floor South, Washington, DC 20005-3807 |
| 14857496 | | BIO Korea, 1st Floor, Building C, 700 Daewangpangyo-ro, Bundang-gu,, Seongn-si, Gyeonggi-do, Republic of Korea 13488 |
| 14857488 | | Baker Tilly US, LLP, Box 78975, Milwaukee, WI 53278-8975 |
| 14857489 | + | Ballard Spahr, 2000 South 8th Street, Minneapolis, MN 55454 |
| 14857491 | + | Baudax Bio N.A. LLC, 490 Lapp Road, Malvern, PA 19355-1246 |
| 14857492 | + | Baylor College of Medicine, One Baylor Plaza, CBMN 505, Houston, TX 77030-3411 |
| 14857494 | | Becton Dickinson, Beckton, Dickinson & Company, PO Box 28983, New York, NY 10087-8983 |
| 14857498 | + | BioPharm Communications, 290 Union Square Drive, New Hope, PA 18938-1366 |
| 14857497 | + | Biocair Inc., 30 Tower Office Park, Woburn, MA 01801-2113 |
| 14857499 | + | Birch Partners Consulting, LLC, 1633 Valley Greene Road, Paoli, PA 19301-1032 |
| 14857500 | + | Bong-Hyun Kim, 10 Hackett Ct., Poolesville, MD 20837-2508 |
| 14857501 | + | Broadridge Corp. Issuer Solutions, Inc., PO Box 417106, Boston, MA 02241-7106 |
| 14857502 | | Broadridge Investor Comm. Solutions, Inc, PO Box 416423, Boston, MA 02241-6423 |
| 14857503 | | CCHMC, 3333 Burnett Avenue, Cincinnati, OH 45229-3039 |
| 14857504 | | Certara USA, Inc., Box 32080, New York, NY 10087-2080 |
| 14857505 | | Charles River Laboratories Incorporated, 22022 Transcanadienne, Senneville, QC H9X 3R3, CANADA |
| 14857507 | | Christina Carnegie Consultancy, Ltd., Llanvihangel Court, Llansoy, Usk, Monmouthshire NP15 1DU, Wales, UK |
| 14857508 | + | Clinical Supplies Management, Holdings, Inc., 300 Technology Drive, Malvern, PA 19355-1315 |
| 14857513 | | CoPilot Provider Support Services, Inc., 1981 Marcus Avenue, Suite C130, Elmont, NY 11003 |
| 14857509 | | Cogent Communications, Inc., PO Box 791087, Baltimore, MD 21279-1087 |

| | | |
|---|---|---|
| 14857511 | + | Comstar Technologies, 1155 Phoenixville Pike, Suite 114-115, West Chester, PA 19380-4285 |
| 14857514 | | Copyright Clearance Center, 29118 Network Place, Chicago, IL 60673-1291 |
| 14857515 | + | Cornell University (Tech Licensing), 395 Pine Tree Road, Suite 310, Ithaca, NY 14850-2826 |
| 14857516 | + | Curia Wisconsin, Inc., 870 Badger Circle, Grafton, WI 53024-9436 |
| 14857522 | | DLA Piper, PO Box 780528, Philadelphia, PA 19178-0528 |
| 14857523 | + | DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, MD 21209-3626 |
| 14857526 | + | DSG CDM, LLC, 325 Technology Drive, Malvern, PA 19355-1317 |
| 14857517 | + | Danforth Advisors LLC, PO Box 335, Southborough, MA 01772-0335 |
| 14857518 | + | DataWatch, 4520 East West Highway, Suite 200, Bethesda, MD 20814-3382 |
| 14857520 | + | Definitive Healthcare, LLC, Now: Joseph, Mann and Creed, Collection Agency, 550 Cochituate Road, Unit 4, Framingham, MA 01701-4600 |
| 14857521 | + | Deloitte Tax LLP, 4022 Sells Drive, Hermitage, TN 37076-2930 |
| 14857524 | | Donnelley Financial, LLC, PO Box 531832, Atlanta, GA 30353-1832 |
| 14857525 | + | Donohue Advisory Associates LLC, 9801 Washington Blvd., Suite 340, Gaithersburg, MD 20878-7391 |
| 14857527 | | Dun Laoghaire Rathdown County Council, County Hall - Marine Road, Dun Laoghaire, County Dublin, Ireland |
| 14857528 | | Dun Laoghaire-Rathdown County Council, Rates Office, County Hall, Dun Laoghaire CO, IRELAND |
| 14857535 | | ERG Holding Company, LLC, Dept. #5614, PO Box 790126, Saint Louis, MO 63179-0126 |
| 14857529 | + | ETrade Financial Corporate Services, Attn: Accounts Receivable, PO Box 3512, Arlington, VA 22203-0512 |
| 14857530 | + | Eisneramper LLP, 733 Third Avenue, New York, NY 10017-3242 |
| 14857531 | #+ | Emtech, 2377 Crenshaw Blvd., Suite 270, Torrance, CA 90501-3357 |
| 14857532 | + | Equisolve, Inc., 3500 SW Corporate Parkway, Suite 206, Palm City, FL 34990-8185 |
| 14857533 | + | Equity Plan Solutions, LLC, 1495 Virginia Avenue, Redwood City, CA 94061-2628 |
| 14857536 | + | Eurofins Advantar Laboratories, Inc., 5451 Oberlin Drive, Suite 100, San Diego, CA 92121-1716 |
| 14857537 | + | Ewing Cole, 810 Ligh Street, Baltimore, MD 21230-3943 |
| 14857543 | + | FX2 LLC, 2052 Ashburton Way, Mount Pleasant, SC 29466-6859 |
| 14857540 | + | Facility Logix, LLC, 3901 National Drive, Burtonsville, MD 20866-1183 |
| 14857541 | #+ | Firefly Solutions, LLC, 16 Tall Timber Lane, Basking Ridge, NJ 07920-3215 |
| 14857542 | + | Foley & Lardner, LLP, 3000 K Street NW, Suite 600, Washington, DC 20007-5111 |
| 14857544 | + | Geraldine A. Henwood, 1554 Paoli Pike, No. 308, West Chester, PA 19380-6123 |
| 14857545 | + | Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210-1980 |
| 14857546 | + | Greenleaf Health, Inc., 1055 Thomas Jefferson St. NW, Suite 450, Washington, DC 20007-5260 |
| 14857547 | | Health Products Regulatory Authority, Earlsfort Centre, Earlsfort Terrace, Dublin 2, IRELAND |
| 14857548 | + | Henry M. Jackson Foundation, 6720-A Rockledge Drive, Suite 100, Bethesda, MD 20817-1891 |
| 14857549 | | HiTech Health Ltd, 5-7 Main Street, Blackrock, CO Dublin, Ireland |
| 14857550 | | Hogan Lovells US LLP, PO Box 75890, Baltimore, MD 21275-5890 |
| 14857551 | | Horne LLP, PO Box 2153, Birmingham, AL 35287-9331 |
| 14857552 | + | Horne Public Accounting, 661 Sunnybrook Road, Suite 100, Ridgeland, MS 39157-1805 |
| 14857558 | | IQ EQ Corporate Services (IRE) Limited, Suite 6, Rineanna House, Shannon Free Zone CO, IRELAND |
| 14857559 | + | IQVIA RDS, Inc. (FKA Quintiles, Inc.), 4820 Emperor Blvd., Durham, NC 27703-8426 |
| 14857553 | + | Integrated Commercialization, Solutions, LLC, 3101 Gaylord Parkway, Frisco, TX 75034-1120 |
| 14857554 | + | Integrichain, Inc., 8 Penn Cernter, 3rd Floor, 1628 JFK Blvd., Philadelphia, PA 19103-2125 |
| 14857556 | + | Intrado Digital Media, LLC, Office of General Counsel, 11808 Miracle Hills Drive, Omaha, NE 68154-4403 |
| 14857560 | + | Irene Kim, 12582 Foreman Blvd., Clarksburg, MD 20871-4046 |
| 14857563 | + | JBR Clinical Research, 650 East 4500 South, Suite 100, Salt Lake City, UT 84107-4536 |
| 14857561 | + | Jae Hyun Lim, 9908 Bald Cypress Dr., Rockville, MD 20850-3493 |
| 14857562 | + | Jae Min Cho, 13822 Harrier Way, Clarksburg, MD 20871-3434 |
| 14857564 | + | Jeong Heon Yoon, 16 Chantilly Ct., Rockville, MD 20850-2902 |
| 14857565 | + | Jihoon Park, 18919 Festival Dr., Boyds, MD 20841-4005 |
| 14857566 | + | Jillian Dilmore, 5 Willow Drive, Malvern, PA 19355-1631 |
| 14857567 | + | John Goll, 4 Barnard Place, Pompton Plains, NJ 07444-1501 |
| 14857568 | + | John Savarese, 71 Glen Lane, Southbury, CT 06488-1885 |
| 14857569 | + | Junho Cho, 244 Congressional Lane, Rockville, MD 20852-1504 |
| 14857574 | | KPMG, Dept. 0522, PO Box 120522, Dallas, TX 75312-0522 |
| 14857575 | | KPMG - Dublin, 1 Stokes Place, St. Stephen's green, D02 DE03, IRELAND |
| 14857570 | + | Karam Accounting, 11 Deer Park Drive, Suite 102A, Monmouth Junction, NJ 08852-1923 |
| 14857571 | + | Karebay, 11 Deer Paqrk Drive, Suite 102A, Monmouth Junction, NJ 08852-1923 |
| 14857572 | + | Key Clinical Trial Services, 1200 South 2000 East, Salt Lake City, UT 84108-1911 |
| 14857573 | + | Kingsdale Shareholder Services US Inc., 745 Fifth Avenue, 5th Floor, New York, NY 10151-0502 |
| 14857579 | | LIfeworks US, Inc., PO Box 775226, Chicago, IL 60677-5226 |
| 14857576 | + | Labcorp Early Development, Laboratories, Inc., PO Box 2464, Burlington, NC 27216-2464 |
| 14857577 | #+ | Layer 8 Security, LLC, 5 Great Valley Parkway, Suite 130, Malvern, PA 19355-1426 |
| 14857578 | + | LifeSci Advisors, LLC, 250 West 55th Street, 34th Floor, New York, NY 10019-9710 |
| 14857580 | | Loonhills R&D Inc., 5320 13e Avenue, Montreal, WC H1X 2X8, CANADA |

Case 24-10583-mdc    Doc 15    Filed 02/25/24    Entered 02/26/24 00:33:45    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: 309F1 | Total Noticed: 192 |

| | | |
|---|---|---|
| 14857581 | + | Lyophilizatin Technology, Inc., 30 Indian Drive, Warminster, PA 18974-1431 |
| 14857582 | + | MAM Eagle Lender, LLC, One Bryant Park, 38th Floor, New York, NY 10036-6737 |
| 14857584 | + | Masako Consulting, LLC, 2020 Grand River Anx, Suite 100, Brighton, MI 48114-5314 |
| 14857585 | | McKesson Medical - Surgical Inc., 9954 Maryland Drive, Suite 4000, Henrico, VA 23233 |
| 14857586 | | MedDoc Acquisition, 13826 Grey Colt Drive, Gaithersburg, MD 20878-3867 |
| 14857588 | + | Mele Associates, 11 Taft Court, Suite 101, Rockville, MD 20850-5355 |
| 14857592 | + | NIH, Government Lockbox, 3180 River Trail S., Earth City, MO 63045-1518 |
| 14857589 | | Nasdaq Stock Market, LLC, PO Box 780700, Philadelphia, PA 19178-0700 |
| 14857590 | + | Navex Global, Inc., 5500 Meadows Road, Suite 500, Lake Oswego, OR 97035-3626 |
| 14857591 | + | NetMedia Solutions LLC, 100 W. Main Street, Suite 206, Lansdale, PA 19446-2030 |
| 14857593 | + | Noble Capital Markets, Inc., 150 East Palmetto Park Road, Suite 110, Boca Raton, FL 33432-4808 |
| 14857594 | + | PA Department of Labor and Industry, 651 Boas Street, Harrisburg, PA 17120-0001 |
| 14857608 | + | PPD Development, LP, 929 North Front Street, Wilmington, NC 28401-3331 |
| 14857609 | + | PRI Healthcare Solutions, LP, 461 From Road, Suite 190, Paramus, NJ 07652-3526 |
| 14857595 | + | Padma Priya Sekar, 6000 California Circ., Apt. 111, Rockville, MD 20852-4846 |
| 14857596 | + | Patheon API Services, Inc., 101 Technology Place, Florence, SC 29501-7615 |
| 14857597 | | Patheon UK Limited, Kingfisher Drive, Covingham, Swindon Wiltshire, IRELAND |
| 14857601 | + | Pedley Law, PLLC, 4365 S. Alton Way, Englewood, CO 80111-1235 |
| 14857603 | + | Pinecone41, Inc., 3031 Tisch Way, 110 PO, San Jose, CA 95128-2541 |
| 14857606 | + | Pope & Associates, LLC, 5171 Mohawk Lane, Ogden, UT 84403-4687 |
| 14857607 | + | Potomac Law Group, 1717 Pennsylvania Avenue, NW, Suite 1025, Washington, DC 20006-3951 |
| 14857610 | + | Proshred Security, 25 Industrial Blvd., Paoli, PA 19301-1601 |
| 14857611 | + | Quality Chemical Laboratories, LLC, 3400 Enterprise Drive, Wilmington, NC 28405-8815 |
| 14857612 | + | Reed Smith, 599 Lexington Avenue, New York, New York, NY 10022-6030 |
| 14857613 | + | Rubin and Rudman, 53 State Street, Boston, MA 02109-2820 |
| 14857616 | + | SCP Vitalife Partners II, LP, 5 Great Valley Parkway, Suite 210, Malvern, PA 19355-1426 |
| 14857629 | + | SZH Consulting, 2737 Lantern Lane, Norristown, PA 19403-2239 |
| 14857614 | + | Sagamore Sales and Marketing, Inc., 569 Main Street, Suite 201, Warren, RI 02885-4419 |
| 14857615 | + | Say Technologies, LLC, 85 Willow Road, Menlo Park, CA 94025-3656 |
| 14857618 | + | Sejong LLP, 65 Challenger Road, Suite 250, Ridgefield Park, NJ 07660-2122 |
| 14857619 | + | Selection.com, 155 Tri-County Prkwy, Suite 150, Cincinnati, OH 45246-3240 |
| 14857621 | + | Sharp Packaging Solutions, 23 Carland Road, Conshohocken, PA 19428-1064 |
| 14857623 | + | Shoals Medical Trials, Inc., 1300 South Montgomery Avenue, Sheffield, AL 35660-6334 |
| 14857624 | + | Si Hyug Jang, 3979 Ducks Foot Lane, Ellicott City, MD 21042-4966 |
| 14857625 | + | Stewart McCallum, 1401 Kyneton Road, Villanova, PA 19085-1915 |
| 14857627 | + | Sughrue, 2000 Pennsylvania Avenue, NW, Suite 9000, Washington, DC 20006-1910 |
| 14857631 | + | TGI Office Automation, 120 3rd Street, Brooklyn, NY 11231-4808 |
| 14857640 | + | TRIO, 5 Sylvan Way, Parsippany, NJ 07054-3818 |
| 14857630 | + | TeraImmune, LLC, 20400 Century Blvd., Suite 125, Germantown, MD 20874-0006 |
| 14857632 | | The FKM Group, FKM Engineering Limited, 3013 Lake Drive, Dublin 24, IRELAND |
| 14857633 | + | The Griesser Group, LLC, 107 N. Drexel Avenue, Havertown, PA 19083-4913 |
| 14857634 | + | The Harrison Group, Inc., 3 Raymond Drive, Suite 201, Havertown, PA 19083-3189 |
| 14857635 | + | The O'Connor Group, 418 Gulph Ridge Drive, King of Prussia, PA 19406-3211 |
| 14857636 | + | The Plan Advocate, 150 South Warner Road, Suite 300, King of Prussia, PA 19406-2859 |
| 14857638 | | The University of Iowa Pharmaceuticals, 115 South Grand Avenue G-20, Iowa City, IA 52242 |
| 14857639 | + | Torillo & Associates, LLC, 2 Rock Hill Road, Newtown Square, PA 19073-3017 |
| 14857641 | | Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 |
| 14857642 | + | Trovare Preclinical Consulting, LLC, PO Box 3435, Ventura, CA 93006-3435 |
| 14857645 | + | UPToDate, Inc., 230 Third Avenue, Waltham, MA 02451-7560 |
| 14857643 | | University of Florida Research, Foundation, Inc., 310 Walker Hall, PO Box 115500, Gainesville, FL 32611-5500 |
| 14857646 | + | Valogic, 21 Byte Ct., Frederick, MD 21702-8724 |
| 14857647 | | VenAmerica Communications, Inc., PO Box 190, Olney, MD 20830-0190 |
| 14857648 | | Verizon, PO Box 16804, Newark, NJ 07101-6804 |
| 14857650 | + | WCG IRB, Inc., 1019 39th Avenue, Suite 120, Puyallup, WA 98374-2118 |
| 14857655 | + | WPT Land 2 LP, Attn: Chief Financial Officer, 500 Chesterfield Parkway, Malvern, PA 19355-8707 |
| 14857656 | + | WPT Land 2 LP (Workspace Properties), 5 Great Valley Parkway, Suite 209, Malvern, PA 19355-1426 |
| 14857651 | #+ | William Ashton, 21 Harrison Drive, Newtown Square, PA 19073-1420 |
| 14857652 | + | Wilmington Trust, National Association, As Agent for MAM Eagle Lender, LLC, 1100 N. Market Street, Wilmington, DE 19890-1100 |
| 14857653 | | Winston J. Churchill, 500 SE Mizner Blvd., Apt. 305A, Boca Raton, FL 33432-6083 |
| 14857654 | + | Wontae Chang, 11976 Artery Drive, Fairfax, VA 22030-6712 |
| 14857657 | + | Yong Chan Kim, 16 Chantilly Ct., Rockville, MD 20850-2902 |
| 14857658 | + | Young O. Hahm, 17827 Shotley Bridge Pl., Olney, MD 20832-1670 |
| 14857659 | + | Yourway Transport, Inc., 6681 Snowdrift Road, Allentown, PA 18106-9353 |

Case 24-10583-mdc   Doc 15   Filed 02/25/24   Entered 02/26/24 00:33:45   Desc Imaged
                              Certificate of Notice   Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: 309F1 | Total Noticed: 192 |

| | | |
|---|---|---|
| 14857660 | + | Zoom Video Conferencing, 55 Almaden Blvd., Suite 600, San Jose, CA 95113-1612 |
| 14857534 | + | eResearch Technology, Inc., PO Box 536636, Pittsburgh, PA 15253-5908 |
| 14857538 | | eXpd8, BBS Limited, Unit 3C Swords Business, Swords CO, IRELAND |
| 14857557 | + | inWorks, LLC, PO Box 342, Uwchland, PA 19480-0342 |

TOTAL: 170

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dsmith@skhlaw.com | Feb 24 2024 00:08:00 | DAVID B. SMITH, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 24 2024 00:09:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14857472 | + Email/Text: odel_frett@agilent.com | Feb 24 2024 00:09:00 | Agilent Technologies, Inc., 5301 Stevens Creek Blvd., Santa Clara, CA 95051-7201 |
| 14857476 | Email/PDF: bncnotices@becket-lee.com | Feb 24 2024 00:22:57 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14857510 | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 24 2024 00:08:00 | Comptroller of Maryland, Compliance Division, Bankruptcy Division, 301 W. Preston Street, Room 409, Baltimore, MD 21201 |
| 14857512 | Email/Text: sap_bankruptcy_matters@sap.com | Feb 24 2024 00:08:00 | Concur Technologies, Inc., 601 108th Avenue NE, Suite 1000, Bellevue, WA 98004 |
| 14857519 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Feb 24 2024 00:08:00 | De Lage Landen Financial Services, Inc., 1111 Old Eeagle School Road, Suite 1, Wayne, PA 19087 |
| 14857555 | EDI: IRS.COM | Feb 24 2024 05:04:00 | Internal Revenue, Insolvency Unit, 600 Arch Street, Philadelphia, PA 19106 |
| 14857506 | EDI: JPMORGANCHASE | Feb 24 2024 05:04:00 | Chase Credit Card, PO Box 6294, Carol Stream, IL 60197-6294 |
| 14857587 | Email/Text: billingsupport@mediantonline.com | Feb 24 2024 00:08:00 | Mediant Communications, Inc., PO Box 29976, New York, NY 10087-9976 |
| 14857583 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 24 2024 00:09:00 | Maryland Department of Labor, 1100 N. Eutaw Street, Room 401 522, Baltimore, MD 21201-2226 |
| 14857600 | Email/Text: bankruptcygroup@peco-energy.com | Feb 24 2024 00:08:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14857599 | Email/Text: bankruptcygroup@peco-energy.com | Feb 24 2024 00:08:00 | PECO, Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14857605 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2024 00:08:00 | PNC Bank, The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14857602 | + EDI: PENNDEPTREV | Feb 24 2024 05:04:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14857602 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2024 00:09:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14857604 | + Email/Text: bankruptcy@pb.com | Feb 24 2024 00:09:00 | Pitney Bowes, 27 Waterview Drive, Shelton, CT 06484-4361 |
| 14857626 | Email/Text: lrc@stout.com | Feb 24 2024 00:08:00 | Stout Risius Ross, LLC, 150 W. Second Street, Suite 400, Royal Oak, MI 48067 |
| 14857617 | + Email/Text: secbankruptcy@sec.gov | Feb 24 2024 00:09:00 | Securities & Exchange Commission, Office of General Counsel, Attn: Julia Lewis, 100 F Street NE / Stop 9320/SP, Washington, DC 20549-2000 |
| 14857622 | Email/Text: tcohen@sheppardmullin.com | | |

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: 309F1 | Total Noticed: 192 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 24 2024 00:09:00 | Sheppard Mullin, 333 South Hope STreet, 43rd Floor, 5493, CA 90071-1422 |
| 14857637 | + | Email/Text: timtrout@protectionbureau.com | Feb 24 2024 00:08:00 | The Protection Bureau, Accounts Receivable Dept., 197 Philips Road, Exton, PA 19341-1337 |
| 14857644 | | Email/Text: bankruptcy@ups.com | Feb 24 2024 00:09:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 14857649 | | EDI: VERIZONCOMB.COM | Feb 24 2024 05:04:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14857477 | * | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 14857726 | * | Aon Risk Services Central, Inc., Aon Risk Services Companies, Inc., PO Box 7247-7376, Philadelphia, PA 19170-7376 |
| 14857490 | *+ | Baudax Bio Limited, 490 Lapp Road, Malvern, PA 19355-1246 |
| 14857727 | *+ | Bong-Hyun Kim, 10 Hackett Ct., Poolesville, MD 20837-2508 |
| 14857728 | * | Broadridge Investor, Comm. Solutions,Inc, PO Box 416423, Boston, MA 02241-6423 |
| 14857730 | *+ | Cornell University, (Tech Licensing), 395 Pine Tree Road, Suite 310, Ithaca, NY 14850-2826 |
| 14857731 | * | DLA Piper, PO Box 780528, Philadelphia, PA 19178-0528 |
| 14857732 | *+ | DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, MD 21209-3626 |
| 14857733 | *+ | Donnelley Financial,LLC, PO Box 531832, Atlanta, GA 30353-1832 |
| 14857740 | * | ERG Holding Company, LLC, Dept. #5614, PO Box 790126, Saint Louis, MO 63179-0126 |
| 14857739 | *+ | Eisneramper LLP, 733 Third Avenue, New York, NY 10017-3242 |
| 14857741 | *+ | Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210-1980 |
| 14857746 | *+ | JBR Clinical Research, 650 East 4500 South, Suite 100, Salt Lake City UT 84107-4536 |
| 14857742 | *+ | Jae Hyun Lim, 9908 Bald Cypress Dr., Rockville, MD 20850-3493 |
| 14857747 | *+ | Jeong Heon Yoon, 16 Chantilly Ct., Rockville, MD 20850-2902 |
| 14857748 | *+ | Jihoon Park, 18919 Festival Dr., Boyds, MD 20841-4005 |
| 14857751 | *+ | Labcorp Early Development, Laboratories, Inc., PO Box 2464, Burlington, NC 27216-2464 |
| 14857752 | *+ | LifeSci Advisors, LLC, 250 West 55th Street, 34th Floor, New York, NY 10019-9710 |
| 14857756 | *P++ | STOUT RISIUS ROSS LLC, 150 W SECOND STREET, SUITE 400, ROYAL OAK MI 48067-3846, address filed with court:, Stout Risius Ross, LLC, 150 W. Second, Street, Suite 400, Royal Oak, MI 48067 |
| 14857757 | *+ | SZH Consulting, 2737 Lantern Lane, Norristown, PA 19403-2239 |
| 14857753 | *+ | Stewart McCallum, 1401 Kyneton Road, Villanova, PA 19085-1915 |
| 14857760 | * | Troutman Pepper, Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 |
| 14857539 | ##+ | Eze Castle Integration, Inc., 100 High Street, 16th Floor, Boston, MA 02110-1770 |
| 14857598 | ##+ | Pay Governance, LLC, Two Logan Square, 100 N. 18th Street, Suite 821, Philadelphia, PA 19103-2728 |
| 14857620 | ##+ | Sesnzime, Inc., 5072 Annuciation Circle, Suite 220, Immokalee, FL 34142-9516 |
| 14857628 | ##+ | Synchrony Healthcare Communications, Inc, 22 N. Church Street, West Chester, PA 19380-3007 |

TOTAL: 0 Undeliverable, 22 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024                    Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: 309F1 | Total Noticed: 192 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SMITH | on behalf of Debtor Baudax Bio Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| NICHOLAS M. ENGEL | on behalf of Debtor Baudax Bio Inc. nengel@skhlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Baudax Bio, Inc.<br>Name | EIN: | 47–4639500 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: | 11   2/22/24 |
| Case number: | 24–10583–mdc | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Baudax Bio, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 490 Lapp Road<br>Malvern, PA 19355 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID B. SMITH<br>Smith Kane Holman, LLC<br>112 Moores Road, Suite 300<br>Malvern, PA 19355 | Contact phone (610) 407–7217<br><br>Email: dsmith@skhlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/23/24 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | March 29, 2024 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)        Notice of Chapter 11 Bankruptcy Case        page 1

Debtor **Baudax Bio, Inc.**                                                                                              Case number **24–10583–mdc**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** <br> **For a governmental unit:**                        8/20/24 <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:**                    _____ | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |