**Fill in this information to identify the case:**

Debtor name: **Baudax Bio, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **24-10583**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 7, 2024__     X /s/ Gerri Henwood
                                   Signature of individual signing on behalf of debtor

                                   **Gerri Henwood**
                                   Printed name

                                   **Chief Executive Officer**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Baudax Bio, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-10583**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................   $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................   $      **48,479.58**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................   $      **48,479.58**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **3,605,555.56**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $      **1,630,572.11**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$      **10,995,246.45**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b          $      **16,231,374.12**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name **Baudax Bio, Inc.** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known)  **24-10583** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **checking** | **8197** | $48,479.58 |
| 3.2. | **PNC Bank** | **money market (acc't no. inaccessible)** | | $0.00 |
| 3.3. | **Capital Advisors/State Street Bank** | **investment account (acc't no. inaccessible)** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $48,479.58 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **Baudax Bio, Inc.** | Case number *(if known)* **24-10583** |
|---|---|---|
| | Name | |

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 4:</td><td colspan="4">**Investments**</td></tr>
</table>

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **Baudax Bio, Ltd. (f/k/a Recro Ireland Limited)** | **100** % | | $0.00 |
| 15.2. | **TeraImmune Therapeutics, Co., Ltd.** | **10** % | | $0.00 |
| 15.3. | **TeraImmune, LLC** | **100** % | | $0.00 |
| 15.4. | **Baudax Bio N.A. LLC** | **100** % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |
| 17. | **Total of Part 4.** Add lines 14 through 16. Copy the total to line 83. | | | $0.00 |

<table>
<tr><td style="background:black;color:white">Part 5:</td><td colspan="5">**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Expired viles of ANJESO (Meloxican)** | | $0.00 | | $0.00 |

| Debtor | **Baudax Bio, Inc.** | Case number *(If known)* **24-10583** |
|---|---|---|
| | Name | |

---

23.  **Total of Part 5.**                                                                                                    **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **MALVERN OFFICE:  28 desks, 12 office chairs, 5 conference tables, 4 training room tables, 8 training room chairs, 1 audio visial system (training room), 13 cubicles, 12 file cabinets, 1 refrigerator.** | **$0.00** | | **Unknown** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                                    **$0.00**

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Baudax Bio, Inc.** | Case number *(If known)* **24-10583** |
|---|---|---|
| | Name | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2 Toshiba copiers under lease** | $0.00 | | $0.00 |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

| 55. | Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest |
|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office Lease located at 420-500 Lapp Road, Suites 480 and 490, Malvern, PA 19355.** | | $0.00 | | $0.00 |

---

| Debtor | **Baudax Bio, Inc.** | Case number *(If known)* | **24-10583** |
|---|---|---|---|
| | Name | | |

| 55.2. | **Office lease located at 20400 Century Boulevard, Suite 125, Germantown, MD 20874.** | | | $0.00 | | $0.00 |
|---|---|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Various patents; a list of the Debtor's intellectual property portfolio is attached.** | $0.00 | | Unknown |
| **61.** **Internet domain names and websites** **www.baudaxbio.com** | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** **Various patent agreements and licenses; a list of the Debtor's intellectual property portfolio is attached.** | $0.00 | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** **Business goodwill** | $0.00 | | Unknown |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

| Debtor | **Baudax Bio, Inc.** | Case number *(If known)* **24-10583** |
|---|---|---|
| | Name | |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
**Note receivable from Baudax Bio, Ltd.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$0.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Director and officer insurance policy; other commercial policies**

$0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Baudax Bio, Inc.** | Case number *(If known)* **24-10583** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,479.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,479.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $48,479.58 |

**Baudax Bio Intellectual Property Portfolio**

| Reference # | Country Name | Assignee Name | Title | Serial # | Filed Date | Publication # | Publication Date | Patent # | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-000100 | UNITED STATES | BAUDAX BIO, INC. | SUBLINGUAL DEXMEDETOMIDINE SPRAY COMPOSITIONS AND METHODS OF USE THEREOF | 61/178,730 | 5/15/2009 | | | | | EXPIRED |
| 148428-000101 | UNITED STATES | BAUDAX BIO, INC. | ORAL MUCOSAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12/781,628 | 5/17/2010 | 2011-0021588 | 1/27/2011 | | | ABANDONED |
| 148428-000102 | WIPO | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | PCT/US2010/035136 | 5/17/2010 | 2010/132882 | 11/18/2010 | | | NAT PHASE |
| 148428-000103 | EUROPE | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10775671.0 | 5/17/2010 | 2429521 | 3/21/2012 | 2429521 | 10/18/2017 | ISSUED |
| 148428-000104 | JAPAN | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2012-511068 | 5/17/2010 | 2012-526854 | 11/1/2012 | 6172938 | 7/14/2017 | TO ABAND |
| 148428-000106 | MEXICO | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | MX/a/2011/011950 | 5/17/2010 | MX/a/2011/011950 | 2/21/2012 | 333985 | 10/13/2015 | TO ABAND |
| 148428-000107 | AUSTRALIA | Baudax Bio, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2010248776 | 5/17/2010 | 2010248776 | 1/12/2012 | 2010248776 | 9/19/2013 | TO ABAND |
| 148428-000109 | SOUTH KOREA | RECROPHARMA, INC. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10-2011-7027466 | 5/17/2010 | 10-2011-7027466 | 1/25/2012 | 1018594860000 | 5/14/2018 | TO ABAND |
| 148428-000111 | UNITED STATES | | ORAL MUCOSAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 15/424923 | 2/6/2017 | | | | | Abandoned |
| 148428-000115 | RUSSIA | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2011151059 | 5/17/2010 | 2011151059 | 6/20/2013 | 2572692 | 12/14/2015 | ABANDONED |
| 148428-000117 | ISRAEL | Baudax Bio, Inc. | ORAL TRANSMUCOSAL DEXMEDETOMIDINE COMPOSITIONS, DELIVERY DEVICE COMPRISING THE SAME AND USE THEREOF IN THE PREPARATION OF MEDICAMENTS FOR TREATING PAIN WITHOUT SEDATION | 216159 | 5/17/2010 | 216159 | 2/3/2013 | 216159 | 1/30/2016 | TO ABAND |
| 148428-000119 | NEW ZEALAND | Baudax Bio, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 596976 | 5/17/2010 | 596976 | 5/30/2014 | 596976 | 9/2/2014 | TO ABAND |
| 148428-000123 | HONG KONG | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12109245.0 | 5/17/2010 | 1168302 | 12/28/2012 | 1168302 | 5/4/2018 | ABANDONED |
| 148428-000126 | SOUTH AFRICA | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2011/08359 | 5/17/2010 | | | 2011/08359 | 7/25/2012 | TO ABAND |
| 148428-000127 | SINGAPORE | Baudax Bio, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2011082666 | 5/17/2010 | 175979 | 12/29/2011 | 175979 | 9/23/2014 | TO ABAND |
| 148428-000128 | GERMANY | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10775671.0 | 5/17/2010 | 2429521 | 3/21/2012 | 602010046063.0 | 10/18/2017 | ABANDONED |
| 148428-000129 | FRANCE | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10775671.0 | 5/17/2010 | 2429521 | 3/21/2012 | 2429521 | 10/18/2017 | TO ABAND |
| 148428-000133 | UNITED KINGDOM | Baudax Bio, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10775671.0 | 5/17/2010 | 2429521 | 3/21/2012 | 2429521 | 10/18/2017 | TO ABAND |
| 148428-000134 | IRELAND | Recro Pharma, Inc. | SUBLINGUAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10775671.0 | 5/17/2010 | 2429521 | 3/21/2012 | 2429521 | 10/18/2017 | TO ABAND |
| 148428-000200 | UNITED STATES | | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 61/293440 | 1/8/2010 | | | | | Expired |
| 148428-000201 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 13/520959 | 12/3/2012 | 2013-0072532 | 3/21/2013 | | | Abandoned |
| 148428-000202 | WIPO | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | PCT/US2011/020462 | 1/7/2011 | 2011/085162 | 7/14/2011 | | | NAT PHASE |
| 148428-000203 | EUROPE | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 11732180.2 | 1/7/2011 | 2521544 | 11/14/2012 | | | Abandoned |
| 148428-000204 | JAPAN | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2012-548137 | 1/7/2011 | 2013-516482 | 5/13/2013 | | | Abandoned |
| 148428-000205 | CANADA | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2786598 | 1/7/2011 | 2786598 | 7/14/2011 | | | ABANDONED |
| 148428-000206 | MEXICO | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | MX/a/2012/007933 | 1/7/2011 | MX2012007933A | 8/15/2012 | | | Abandoned |
| 148428-000207 | AUSTRALIA | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2011204315 | 1/7/2011 | 2011204315 | 7/14/2011 | | | LAPSED |
| 148428-000208 | CHINA | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 201180008886.9 | 1/7/2011 | 102753169 | 10/24/2012 | | | Abandoned |
| 148428-000209 | NEW ZEALAND | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 601195 | 1/7/2011 | 601195 | 2/27/2015 | 601195 | 5/28/2015 | Abandoned |
| 148428-000213 | HONG KONG | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 13105662.1 | 1/7/2011 | 1177894 | 8/30/2013 | | | Abandoned |
| 148428-000214 | RUSSIA | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2012133969 | 1/7/2011 | 2012133969 | 2/20/2014 | | | Abandoned |
| 148428-000215 | GERMANY | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | N/A | 1/7/2011 | | | | | Abandoned |
| 148428-000219 | NEW ZEALAND | Recro Pharma, Inc. | TOPICAL TRANSDERMAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 703808 | 1/7/2011 | 703808 | 1/29/2016 | 703808 | 5/3/2016 | Abandoned |
| 148428-000300 | UNITED STATES | | BACK PAIN | 61/466191 | 3/22/2011 | | | | | Expired |
| 148428-000400 | UNITED STATES | | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 61/569,255 | 12/11/2011 | | | | | Expired |
| 148428-000401 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 13/711,407 | 12/11/2012 | 2013-0178465 | 7/11/2013 | 9795559 | 10/24/2017 | ISSUED |
| 148428-000402 | WIPO | | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | PCT/US2012/068988 | 12/11/2012 | 2013/090278 | 6/20/2013 | | | NAT PHASE |
| 148428-000403 | EUROPE | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 2787970 | 4/11/2018 | ABANDONED |
| 148428-000404 | JAPAN | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2014-546186 | 12/11/2012 | 2015-513309 | 5/7/2015 | 6268100 | 1/5/2018 | ABANDONED |
| 148428-000405 | CANADA | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2858721 | 12/11/2012 | 2858721 | 6/20/2013 | 2858721 | 3/16/2021 | ABANDONED |
| 148428-000406 | SINGAPORE | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 11201403094T | 12/11/2012 | 11201403094T | 10/30/2014 | | | Abandoned |
| 148428-000407 | AUSTRALIA | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2012352528 | 12/11/2012 | 2012352528 | 7/10/2014 | 2012352528 | 2/8/2018 | ABANDONED |
| 148428-000408 | AUSTRIA | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 987264 | 4/11/2018 | Abandoned |
| 148428-000410 | SOUTH KOREA | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10-2014-7017624 | 12/11/2012 | 10-2014-7017624 | . | 1021900090000 | 12/7/2020 | Abandoned |
| 148428-000411 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 15/702,319 | 9/12/2017 | 2018-0055764 | 3/1/2018 | 10,682,311 | 6/16/2020 | ISSUED |
| 148428-000413 | EUROPE | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 18161834.9 | 12/11/2012 | 3406247 | 11/28/2018 | | | Abandoned |
| 148428-000414 | JAPAN | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2017-172633 | 12/11/2012 | 2018-030850 | 3/1/2018 | 6505177 | 4/5/2019 | ABANDONED |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-000415 | MEXICO | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | MX/a/2014/006961 | 12/11/2012 | MX2014006961A | 9/22/2014 | 367286 | 8/13/2019 | ABANDONED |
| 148428-000416 | BRAZIL | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 1120140191719 | 12/11/2012 | 1120140191719 | 6/20/2017 | | | ABANDONED |
| 148428-000417 | AUSTRALIA | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2018200591 | 12/11/2012 | 2018200591 | 2/15/2018 | 2018200591 | 3/14/2019 | ABANDONED |
| 148428-000418 | NEW ZEALAND | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 626999 | 12/11/2012 | 626999 | 7/29/2016 | 626999 | 11/1/2016 | ABANDONED |
| 148428-000419 | ISRAEL | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 232977 | 12/11/2012 | 232977 | 7/31/2014 | 232977 | 5/1/2019 | ABANDONED |
| 148428-000423 | HONG KONG | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 15103572.3 | 12/11/2012 | 1203049 | 10/16/2015 | 1203049 | 5/17/2019 | ABANDONED |
| 148428-000424 | INDIA | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 5403/DELNP/2014 | 12/11/2012 | 5403/DELNP/2014 | 3/27/2015 | | | TO ABAND |
| 148428-000425 | RUSSIA | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2014128343 | 12/11/2012 | 2014128343 | 1/27/2016 | 2692245 | 6/24/2019 | ABANDONED |
| 148428-000426 | SOUTH AFRICA | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 2014/04287 | 12/11/2012 | | | | | ABANDONED |
| 148428-000427 | EGYPT | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 916/2014 PCT | 12/11/2012 | | | | | ABANDONED |
| 148428-000428 | GERMANY | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 602012045177.7 | 4/11/2018 | ABANDONED |
| 148428-000429 | FRANCE | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 2787970 | 4/11/2018 | ABANDONED |
| 148428-000433 | UNITED KINGDOM | Baudax Bio, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 2787970 | 4/11/2018 | ABANDONED |
| 148428-000434 | IRELAND | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 2787970 | 4/11/2018 | ABANDONED |
| 148428-000435 | ITALY | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 12857098.3 | 12/11/2012 | 2787970 | 10/15/2014 | 2787970 | 4/11/2018 | ABANDONED |
| 148428-000436 | SINGAPORE | Recro Pharma, Inc. | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 10201604653T | 12/11/2012 | 10201604653T | 7/28/2016 | | | Abandoned |
| 148428-000437 | PHILIPPINES | | INTRANASAL DEXMEDETOMIDINE COMPOSITIONS AND METHODS OF USE THEREOF | 1/2014/501273 | 12/11/2012 | 1/2014/501273 | 9/8/2014 | | | Abandoned |
| 148428-000500 | UNITED STATES | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 60/162120 | 10/29/1999 | | | | | Expired |
| 148428-000501 | UNITED STATES | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 10/111628 | 8/23/2002 | | | | | Abandoned |
| 148428-000502 | WIPO | Orion Corporation and Cygnus Therapeutics Systems | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | PCT/FI2000/000935 | 10/27/2000 | 2001/030347 | 5/3/2001 | | | NAT PHASE |
| 148428-000503 | EUROPE | Orion Corporation and Cygnus Therapeutics Systems | USE OF A IMIDAZOLE DERIVATIVE FOR THE TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 00972934.4 | 10/27/2000 | 1223931 | 7/24/2002 | 1223931 | 12/14/2005 | Expired |
| 148428-000504 | JAPAN | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 2001-532767 | 10/27/2000 | 2003-527333 | 9/16/2003 | 4741131 | 5/13/2011 | Expired |
| 148428-000505 | CANADA | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 2388979 | 10/27/2000 | 2388979 | 5/3/2001 | 2388979 | 9/14/2010 | Expired |
| 148428-000506 | RUSSIA | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 2002113918 | 10/27/2000 | 2002113918 | 12/20/2003 | 2259827 | 9/10/2005 | Expired |
| 148428-000507 | AUSTRALIA | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 11492/01 | 10/27/2000 | 11492/01 | 7/26/2001 | 778522 | 4/14/2005 | Expired |
| 148428-000508 | NORWAY | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 20021920 | 10/27/2000 | | | 329889 | 1/17/2011 | EXPIRED |
| 148428-000509 | NEW ZEALAND | ORION CORPORATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 518447 | 10/27/2000 | 518447 | 10/29/2004 | 518447 | 10/2/2005 | Expired |
| 148428-000511 | UNITED STATES | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 11/641953 | 12/20/2006 | 2007-0185181 | 8/9/2007 | | | Abandoned |
| 148428-000521 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 13/096387 | 4/28/2011 | 2011-0294862 | 12/1/2011 | 8470862 | 6/25/2013 | Expired |
| 148428-000531 | UNITED STATES | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 13/925271 | 6/24/2013 | 2014-0100257 | 4/10/2014 | 9078883 | 7/14/2015 | EXPIRED |
| 148428-000541 | UNITED STATES | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 14/738717 | 6/12/2015 | 2016-0030392 | 2/4/2016 | 9446025 | 9/20/2016 | Expired |
| 148428-000551 | UNITED STATES | | TREATMENT OR PREVENTION OF HYPOTENSION AND SHOCK | 15/239227 | 8/17/2016 | | | | | Abandoned |
| 148428-000600 | FINLAND | | NEW PHARMACEUTICAL COMPOUNDS | 20022159 | 12/5/2002 | | | | | Abandoned |
| 148428-000601 | UNITED STATES | Baudax Bio, Inc. | IMIDAZOL DERIVATIVES HAVING AFFINITY FOR ALPHA 2 RECEPTORS ACTIVITY | 10/537,622 | 3/29/2006 | 2006-0178417 | 8/10/2006 | 7759496 | 7/20/2010 | ISSUED |
| 148428-000602 | WIPO | ORION CORPORATION | IMIDAZOL DERIVATIVES HAVING AFFINITY FOR ALPHA 2 RECEPTORS ACTIVITY | PCT/FI2003/000933 | 12/5/2003 | 2004/050635 | 6/17/2004 | | | |
| 148428-000603 | EUROPE | Orion Corporation and Cygnus Therapeutics Systems | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 9/14/2005 | 1572198 | 4/19/2006 | EXPIRED |
| 148428-000604 | JAPAN | ORION CORPORATION | PHARMACEUTICAL COMPOUNDS | 2004-556387 | 12/5/2003 | 2006-509780 | 3/23/2006 | 4667042 | 1/21/2011 | ABANDONED |
| 148428-000605 | CANADA | ORION CORPORATION | IMIDAZOL DERIVATIVES HAVING AFFINITY FOR ALPHA 2 RECEPTORS ACTIVITY | 2508335 | 12/5/2003 | 2508335 | 6/17/2004 | 2508335 | 9/13/2011 | EXPIRED |
| 148428-000608 | CHINA | Orion Oyj | IMIDAZOL DERIVATIVES HAVING AFFINITY FOR ALPHA 2 RECEPTORS ACTIVITY | 200380105132.0 | 12/5/2003 | 1735409 | 2/15/2006 | 1735409 | 11/18/2009 | EXPIRED |
| 148428-000613 | GERMANY | ORION CORPORATION | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 6/17/2004 | 60304741.6 | 4/19/2006 | EXPIRED |
| 148428-000614 | SPAIN | ORION CORPORATION | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 6/17/2004 | 2262031 | 4/19/2006 | EXPIRED |
| 148428-000615 | FRANCE | ORION CORPORATION | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 6/17/2004 | 1572198 | 4/19/2006 | EXPIRED |
| 148428-000616 | UNITED KINGDOM | ORION CORPORATION | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 9/14/2005 | 1572198 | 4/19/2006 | EXPIRED |
| 148428-000617 | IRELAND | ORION CORPORATION | NEW PHARMACEUTICAL COMPOUNDS WITH ALPHA2RECEPTOR ACTIVITY | 03812203.2 | 12/5/2003 | 1572198 | 6/17/2004 | 1572198 | 4/19/2006 | EXPIRED |
| 148428-000700 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | REDUCTION OF INTRAVENOUSLY ADMINISTERED NANOPARTICULATE-FORMULATION- INDUCED ADVERSE PHYSIOLOGICAL REACTIONS | 60/004488 | 9/29/1995 | | | | | Expired |
| 148428-000701 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | REDUCTION OF INTRAVENOUSLY ADMINISTERED NANOPARTICULATE-FORMULATION- INDUCED ADVERSE PHYSIOLOGICAL REACTIONS | 08/696754 | 8/14/1996 | | | 5834025 | 11/10/1998 | Expired |
| 148428-000702 | WIPO | NANOSYSTEMS L.L.C. | REDUCTION OF INTRAVENOUSLY ADMINISTERED NANOPARTICULATE-FORMULATION-INDUCED ADVERSE | PCT/US1996/015300 | 9/25/1996 | 1997/11686 | 4/3/1997 | | | NAT PHASE |
| 148428-000711 | UNITED STATES | | REDUCTION OF INTRAVENOUSLY ADMINISTERED NANOPARTICULATE-FORMULATION-INDUCED ADVERSE PHYSIOLOGICAL REACTIONS | 12/027100 | 2/6/2008 | | | RE41884 | 10/26/2010 | Expired |

| Ref | Country | Owner | Title | App No | Filing Date | Pub No | Pub Date | Patent No | Grant Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-000800 | UNITED STATES | | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 60/328405 | 10/12/2001 | | | | | Expired |
| 148428-000801 | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP Baudax Bio, Inc. | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 10/268,928 | 10/11/2002 | 2003-0137067 | 7/24/2003 | 6908626 | 6/21/2005 | EXPIRED |
| 148428-000802 | WIPO | | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | PCT/US2002/032314 | 10/11/2002 | 2003/030872 | 4/17/2003 | | | NAT PHASE |
| 148428-000803 | EUROPE | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 4/17/2003 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000804 | JAPAN | | COMPOSITIONS HAVING A COMBINATION OF PARTICLES FOR IMMEDIATE RELEASE AND FOR CONTROLLED RELEASE | 2003-533905 | 10/11/2002 | 2005-508939 | 4/7/2005 | | | Abandoned |
| 148428-000805 | CANADA | ELAN PHARMA INTERNATIONAL, LTD. | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 2463495 | 10/11/2002 | 2463495 | 4/17/2003 | 2463495 | 5/24/2011 | EXPIRED |
| 148428-000814 | FRANCE | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000815 | GERMANY | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000816 | SPAIN | Elan Pharma International Ltd. | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000817 | IRELAND | Elan Pharma International Ltd. | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000818 | ITALY | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000819 | UNITED KINGDOM | DV Technology LLC | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 02800993.4 | 10/11/2002 | 1443912 | 8/11/2004 | 1443912 | 8/29/2007 | EXPIRED |
| 148428-000824 | JAPAN | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 2009-024799 | 10/11/2002 | 2010-047599 | 3/4/2010 | | | Abandoned |
| 148428-000834 | JAPAN | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 2013-126534 | 10/11/2002 | 2013-209422 | 10/10/2013 | | | Abandoned |
| 148428-000844 | JAPAN | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE CHARACTERISTICS | 2015-043408 | 10/11/2002 | 2015-108022 | 6/11/2015 | | | Abandoned |
| 148428-000854 | JAPAN | Elan Pharma International Limited | COMPOSITIONS HAVING A COMBINATION OF IMMEDIATE RELEASE AND CONTROLLED RELEASE PROPERTIES | 2017-017261 | 10/11/2002 | 2017-075182 | 4/20/2017 | | | Abandoned |
| 148428-000900 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 60/353230 | 2/4/2002 | | | | | TRANSFER |
| 148428-000901 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 10/357514 | 2/4/2003 | 2003-0185869 | 10/2/2003 | 7459283 | 12/2/2008 | TRANSFER |
| 148428-000902 | WIPO | ELAN PHARMA INTERNATIONAL, LTD. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | PCT/US2003/001083 | 2/4/2003 | 2003/066021 | 8/14/2003 | | | TRANSFER |
| 148428-000903 | EUROPE | Elan Pharma International Limited | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000904 | JAPAN | Elan Pharma International Limited | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 2003-565446 | 2/4/2003 | 2005-523900 | 8/11/2005 | 4598399 | 10/1/2010 | TRANSFER |
| 148428-000905 | CANADA | ELAN PHARMA INTERNATIONAL, LTD. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 2475092 | 2/4/2003 | 2475092 | 8/14/2003 | 2475092 | 5/1/2012 | TRANSFER |
| 148428-000911 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 12/292091 | 11/12/2008 | 2009-0074875 | 3/19/2009 | 8323641 | 12/4/2012 | TRANSFER |
| 148428-000921 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | METHOD OF TREATMENT USING NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 13/693,858 | 12/4/2012 | 2013-0224123 | 8/29/2013 | 8652464 | 2/18/2014 | TRANSFER |
| 148428-000923 | BELGIUM | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000924 | DENMARK | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000925 | FINLAND | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000926 | FRANCE | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000927 | GERMANY | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 60332212.3 | 4/21/2010 | TRANSFER |
| 148428-000928 | HUNGARY | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000929 | IRELAND | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000931 | UNITED STATES | RECRO GAINESVILLE LLC (F/K/A RECRO TECHNOLOGY LLC) | METHOD OF TREATMENT USING NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 14/182097 | 2/17/2014 | 2014-0234225 | 8/21/2014 | | | TRANSFER |
| 148428-000933 | ITALY | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 502010901854570 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000934 | NETHERLANDS | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000935 | SPAIN | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 2343405 | 4/21/2010 | TRANSFER |
| 148428-000936 | SWEDEN | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000937 | SWITZERLAND | Elan Pharma International Ltd. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-000938 | UNITED KINGDOM | Baudax Bio, Inc. | NANOPARTICULATE COMPOSITIONS HAVING LYSOZYME AS A SURFACE STABILIZER | 03737537.5 | 2/4/2003 | 1471887 | 11/3/2004 | 1471887 | 4/21/2010 | TRANSFER |
| 148428-001000 | UNITED STATES | | NANOPARTICULATE MELOXICAM FORMULATIONS | 60/450705 | 3/3/2003 | | | | | TRANSFER |
| 148428-00100108 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | Nanoparticulate meloxicam formulations | 10/784,900 | 2/24/2004 | 2004-0229038 | 11/18/2004 | 8,512,727 | 8/20/2013 | TRANSFER |
| 148428-001002 | WIPO | Elan Pharma International Ltd. | NANOPARTICULATE MELOXICAN FORMULATIONS | PCT/US2004/005706 | 2/27/2004 | 2005/002542 | 1/13/2005 | | | TRANSFER |
| 148428-001003 | EUROPE | Elan Pharma International Limited | NANOPARTICULATE MELOXICAN FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001004 | JAPAN | | THE NANOPARTICULATE MELOXICAM FORMULATIONS | 2006-532300 | 2/27/2004 | 2007-505154 | 3/8/2007 | 4891774 | 12/22/2011 | TRANSFER |

| File No. | Country | Owner | Title | App. No. | App. Date | Pub. No. | Pub. Date | Patent No. | Patent Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-001005 | CANADA | Elan Pharma International Ltd. | NANOPARTICULATE MELOXICAM FORMULATIONS | 2517679 | 2/27/2004 | 2517679 | 1/13/2005 | 2517679 | 4/10/2012 | TRANSFER |
| 148428-001011 | UNITED STATES | ALKERMES CONTROLLED THERAPEUTICS INC. | NANOPARTICULATE MELOXICAM FORMULATIONS | 12/788203 | 5/26/2010 | 2010-0297252 | 11/25/2010 | | | TRANSFER |
| 148428-001013 | EUROPE | DV Technology LLC | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAN | 08006465.2 | 2/27/2004 | 1938803 | 7/2/2008 | | | TRANSFER |
| 148428-001014 | JAPAN | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 2010-233858 | 2/27/2004 | 2011-042670 | 3/3/2011 | 5548092 | 5/23/2014 | TRANSFER |
| 148428-001015 | BELGIUM | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001016 | FRANCE | ELAN PHARMA INTERNATIONAL, LTD. | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001017 | GERMANY | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 602004021107.9 | 5/13/2009 | TRANSFER |
| 148428-001018 | HUNGARY | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | E005977 | 5/13/2009 | TRANSFER |
| 148428-001019 | IRELAND | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001021 | UNITED STATES | Baudax Bio, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 13/941076 | 7/12/2013 | 2014-0141083 | 5/22/2014 | | | TRANSFER |
| 148428-001023 | EUROPE | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001024 | JAPAN | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATION | 2011-148037 | 2/27/2004 | 2012-012397 | 1/19/2012 | | | TRANSFER |
| 148428-001025 | ITALY | BAUDAX BIO, INC. | NANOPARTICULATE MELOXICAM FORMULATIONS | 502009901749875 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001026 | SPAIN | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001027 | SWITZERLAND | Elan Pharma International Limited | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001028 | UNITED KINGDOM | Baudax Bio, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 04785761.0 | 2/27/2004 | 1617816 | 1/25/2006 | 1617816 | 5/13/2009 | TRANSFER |
| 148428-001029 | AUSTRIA | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 2016161176 | 9/19/2018 | TRANSFER |
| 148428-0010310B | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | NANOPARTICULATE MELOXICAM FORMULATIONS | 15/437,534 | 2/21/2017 | 2017-0157061 | 6/8/2017 | 10,471,067 | 11/12/2019 | TRANSFER |
| 148428-001033 | EUROPE | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001034 | BELGIUM | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001035 | SWITZERLAND | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001036 | GERMANY | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 602004053216.9 | 9/19/2018 | TRANSFER |
| 148428-001037 | DENMARK | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001038 | SPAIN | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 2701673 | 9/19/2018 | TRANSFER |
| 148428-001039 | FINLAND | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-0010410B | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | NANOPARTICULATE MELOXICAM FORMULATIONS | 15/950,367 | 4/11/2018 | 2018-0228809 | 8/16/2018 | 10463673 | 11/5/2019 | TRANSFER |
| 148428-001043 | FRANCE | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001044 | UNITED KINGDOM | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001045 | HUNGARY | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001046 | IRELAND | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001047 | ITALY | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 502018000038849 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001048 | NETHERLANDS | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001049 | SWEDEN | Recro Pharma, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 16161176.9 | 2/27/2004 | 3090731 | 11/9/2016 | 3090731 | 9/19/2018 | TRANSFER |
| 148428-001051 | UNITED STATES | Baudax Bio, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 15/950539 | 4/11/2018 | 2018-0228810 | 8/16/2018 | | | TRANSFER |
| 148428-001053 | HONG KONG | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 17102503.7 | 2/27/2004 | 1228765 | 11/10/2017 | 1228765 | 10/11/2019 | TRANSFER |
| 148428-001054 | HONG KONG | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 19127168.3 | 2/27/2004 | 40003692 | 4/17/2020 | 40003692 | 5/28/2021 | TRANSFER |
| 148428-001055 | AUSTRIA | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 2018186018 | 10/28/2020 | TRANSFER |
| 148428-001056 | BELGIUM | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | | | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001057 | SWITZERLAND | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001058 | GERMANY | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 60 2004 054 850.2 | 10/28/2020 | TRANSFER |
| 148428-001059 | DENMARK | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001061 | UNITED STATES | Baudax Bio, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 16/507796 | 7/10/2019 | 2020-0155564 | 5/21/2020 | | | TRANSFER |
| 148428-001064 | SPAIN | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | | | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001065 | FINLAND | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001066 | FRANCE | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | | | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001067 | UNITED KINGDOM | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001068 | HUNGARY | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | | | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001069 | IRELAND | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001071 | UNITED STATES | Recro Pharma, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 16/550,239 | 8/25/2019 | 2019-0381062 | 12/19/2019 | 10709713 | 7/14/2020 | TRANSFER |
| 148428-001075 | NETHERLANDS | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001076 | SWEDEN | Baudax Bio, Inc. | FORMULATIONS COMPRISING NANOPARTICULATE MELOXICAM | 18186018.0 | 2/27/2004 | 3434261 | 1/30/2019 | 3434261 | 10/28/2020 | TRANSFER |
| 148428-001081 | UNITED STATES | Baudax Bio, Inc. | NANOPARTICULATE MELOXICAM FORMULATIONS | 16/894,247 | 6/5/2020 | 2021-0113580 | 4/22/2021 | | | TRANSFER |
| 148428-001091 | UNITED STATES | | NANOPARTICULATE MELOXICAM FORMULATIONS | 17/807,576 | 6/17/2022 | | | | | TRANSFER |
| 148428-001100 | UNITED STATES | | METHOD OF TREATING PAIN IN ELDERLY PATIENTS WITH MILD RENAL IMPAIRMENT | 62/640232 | 3/8/2018 | | | | | TRANSFER |

| Ref | Country | Owner | Title | App No. | Filing | Pub No. | Pub Date | Patent No. | Grant | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-001101 | UNITED STATES | Baudax Bio, Inc. | METHOD OF TREATING PAIN IN ELDERLY PATIENTS WITH MILD RENAL IMPAIRMENT | 16/297,020 | 3/8/2019 | 2019-0275053 | 9/12/2019 | 10,881,663 | 1/5/2021 | TRANSFER |
| 148428-001111 | UNITED STATES | | METHOD OF TREATING PAIN IN ELDERLY PATIENTS WITH MILD RENAL IMPAIRMENT | 17/125042 | 12/17/2020 | | | | | TRANSFER |
| 148428-001200 | UNITED STATES | | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 62/652656 | 4/4/2018 | | | | | TRANSFER |
| 148428-001201 | UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 16/297,095 | 3/8/2019 | 2019-0275054 | 9/12/2019 | 11,458,145 | 10/4/2022 | TRANSFER |
| 148428-001202 | WIPO | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | PCT/US2019/021354 | 3/8/2019 | 2019/173715 | 9/12/2019 | | | TRANSFER |
| 148428-001203 | EUROPE | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 19764737.3 | 3/8/2019 | 3761977 | 1/13/2021 | | | TRANSFER |
| 148428-001204 | JAPAN | Bow DAX Biotechnology Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 2020-571332 | 3/8/2019 | 2021-527697 | 10/14/2021 | | | TRANSFER |
| 148428-001205 | CANADA | | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | | | | | | | NOT FILED |
| 148428-001206 | NEW ZEALAND | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 767981 | 3/8/2019 | | | | | TRANSFER |
| 148428-001207 | AUSTRALIA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 2019231858 | 3/8/2019 | | | | | TRANSFER |
| 148428-001208 | CHINA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 201980004945.1 | 3/8/2019 | 111201020 | 5/26/2020 | | | TRANSFER |
| 148428-001209 | SOUTH KOREA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 10-2020-7027716 | 3/8/2019 | 10-2020-0130334 | 11/18/2020 | | | TRANSFER |
| 148428-001211 | UNITED STATES | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 17/820,783 | 8/18/2022 | | | | | TRANSFER |
| 148428-001218 | HONG KONG | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM IN A BOLUS DOSE | 62020020480.3 | 3/8/2019 | 40032144 | 3/19/2021 | | | TRANSFER |
| 148428-001300 | UNITED STATES | | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 62/749407 | 10/23/2018 | | | | | TRANSFER |
| 148428-001301 | UNITED STATES | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 17/287,489 | 4/21/2021 | 2021-0386753 | 12/16/2021 | | | TRANSFER |
| 148428-001302 | WIPO | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | PCT/US2019/057692 | 10/23/2019 | 2020/086737 | 4/30/2020 | | | TRANSFER |
| 148428-001303 | EUROPE | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 19876037.3 | 10/23/2019 | 3870163 | 9/1/2021 | | | TRANSFER |
| 148428-001304 | JAPAN | Bow DAX Biotechnology Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 2021-521960 | 10/23/2019 | 2022-505572 | 1/14/2022 | | | TRANSFER |
| 148428-001305 | CANADA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 3117209 | 10/23/2019 | 3117209 | 4/30/2020 | | | TRANSFER |
| 148428-001306 | NEW ZEALAND | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 775856 | 10/23/2019 | | | | | TRANSFER |
| 148428-001307 | AUSTRALIA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 2019364416 | 10/23/2019 | | | | | TRANSFER |
| 148428-001308 | CHINA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 201980004887.2 | 10/23/2019 | 111356453 | 6/30/2020 | | | TRANSFER |
| 148428-001309 | SOUTH KOREA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 10-2021-7013779 | 10/23/2019 | 10-2021-0081354 | 7/1/2021 | | | TRANSFER |
| 148428-001315 | RUSSIA | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 2021114360 | 10/23/2019 | 2021114360 | 11/24/2022 | | | TRANSFER |
| 148428-001318 | HONG KONG | Baudax Bio, Inc. | METHODS OF ADMINISTERING INTRAVENOUS MELOXICAM PRE-OPERATIVELY AND IN COMBINATION WITH OTHER DRUGS | 62020021461.2 | 10/23/2019 | 40031604 | 3/12/2021 | | | TRANSFER |
| 148428-001400 | UNITED STATES | | HIGHLY CONCENTRATED MELOXICAM FORMULATIONS | 62/703094 | | | | | | TRANSFER |
| 148428-001500 | UNITED STATES | Baudax Bio, Inc. | METHOD OF TREATING PATIENTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 62/757003 | 11/7/2018 | | | | | TRANSFER |
| 148428-001501 | UNITED STATES | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 17/292,403 | 5/7/2021 | 2022-0008430 | 1/13/2022 | | | TRANSFER |
| 148428-001502 | WIPO | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | PCT/US2019/060278 | 11/7/2019 | 2020/097338 | 5/14/2020 | | | TRANSFER |
| 148428-001503 | EUROPE | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 19881104.4 | 11/7/2019 | 3876910 | 9/15/2021 | | | TRANSFER |
| 148428-001504 | JAPAN | Bow DAX Biotechnology Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 2021-524241 | 11/7/2019 | 2022-506696 | 1/17/2022 | | | TRANSFER |
| 148428-001505 | CANADA | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 3118952 | 11/7/2019 | 3118952 | 5/14/2020 | | | TRANSFER |
| 148428-001506 | NEW ZEALAND | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 776380 | 11/7/2019 | | | | | TRANSFER |
| 148428-001507 | AUSTRALIA | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 2019374827 | 11/7/2019 | | | | | TRANSFER |
| 148428-001508 | CHINA | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 201980004883.4 | 11/7/2019 | 111565713 | 8/21/2020 | | | TRANSFER |
| 148428-001509 | SOUTH KOREA | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 10-2021-7015337 | 11/7/2019 | 10-2021-0089175 | 7/15/2021 | | | TRANSFER |
| 148428-001515 | RUSSIA | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 2021116051 | 11/7/2019 | 2021116051 | 12/7/2022 | | | TRANSFER |
| 148428-001518 | HONG KONG | Baudax Bio, Inc. | METHODS OF TREATING SUBJECTS HAVING PLATELET DYSFUNCTION WITH IV MELOXICAM | 62021024238.9 | 11/7/2019 | 40034393 | 4/23/2021 | | | TRANSFER |
| 148428-001600-S | UNITED STATES | | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 61/181641 | 5/27/2009 | | | | | Expired |
| 148428-001601-S | UNITED STATES | | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 12/788196 | 5/26/2010 | 2010-0316725 | 12/16/2010 | | | Abandoned |
| 148428-001602-S | WIPO | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | PCT/US2010/036127 | 5/26/2010 | 2010/138539 | 12/2/2010 | | | INACTIVE |
| 148428-001603-S | EUROPE | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-001604-S | JAPAN | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2012-513185 | 5/26/2010 | 2012-528171 | 11/12/2012 | 6072539 | 1/13/2017 | INACTIVE |
| 148428-001605-S | CANADA | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2763456 | 5/26/2010 | 2763456 | 12/2/2010 | 2763456 | 10/24/2017 | INACTIVE |
| 148428-001606-S | TAIWAN | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 099116808 | 5/26/2010 | 201043264 | 11/21/2016 | 558422 | 11/21/2016 | INACTIVE |
| 148428-001607-S | AUSTRALIA | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2010254180 | 5/26/2010 | 2010254180 | 12/2/2010 | 2010254180 | 12/10/2015 | INACTIVE |
| 148428-001611-S | UNITED STATES | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 14/133191 | 12/18/2013 | 2014-0105984 | 4/17/2014 | 9345665 | 5/24/2016 | INACTIVE |
| 148428-001613-S | EUROPE | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 16189936.4 | 5/26/2010 | 3167875 | 5/17/2017 | | | INACTIVE |
| 148428-001614-S | JAPAN | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2015-185009 | 5/26/2010 | 2016-053028 | 4/14/2016 | 6694682 | 4/22/2020 | INACTIVE |
| 148428-001615-S | BELGIUM | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001616-S | FRANCE | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001617-S | GERMANY | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 602010036932.3 | 10/5/2016 | INACTIVE |
| 148428-001618-S | HUNGARY | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001619-S | IRELAND | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001621-S OB | UNITED STATES | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 15/130255 | 4/15/2016 | 2016-0228554 | 8/11/2016 | 9974746 | 5/22/2018 | INACTIVE |
| 148428-001623-S | HONG KONG | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 17108657.8 | 5/26/2010 | 1235663 | 3/16/2018 | | | INACTIVE |
| 148428-001624-S | JAPAN | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2018-076691 | 5/26/2010 | 2018-138567 | 9/6/2018 | | | Abandoned |
| 148428-001625-S | ITALY | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 502016000125561 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001626-S | SPAIN | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2609415 | 10/5/2016 | INACTIVE |
| 148428-001627-S | SWITZERLAND | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001628-S | UNITED KINGDOM | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE MELOXICAM COMPOSITIONS | 10728470.5 | 5/26/2010 | 2435027 | 4/4/2012 | 2435027 | 10/5/2016 | INACTIVE |
| 148428-001631-S | UNITED STATES | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 15/130331 | 4/15/2016 | 2016-0228555 | 8/11/2016 | 9974747 | 5/22/2018 | INACTIVE |
| 148428-001634 | JAPAN | | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2020-080258 | 5/26/2010 | 2020-125345 | 8/20/2020 | | | INACTIVE |
| 148428-001641-S | UNITED STATES | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 15/130396 | 4/15/2016 | 2016-0228372 | 8/11/2016 | 9974748 | 5/22/2018 | INACTIVE |
| 148428-001644 | JAPAN | | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 2022-100384 | 6/23/2022 | 2022-126786 | 8/30/2022 | | | INACTIVE |
| 148428-001651-S | UNITED STATES | Alkermes Pharma Ireland Limited | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 15/971616 | 5/4/2018 | 2018-0250229 | 9/6/2018 | 11253478 | 2/22/2022 | INACTIVE |
| 148428-001661-S | UNITED STATES | | REDUCTION OF FLAKE-LIKE AGGREGATION IN NANOPARTICULATE ACTIVE AGENT COMPOSITIONS | 17/542,276 | 12/3/2021 | 2022-0211626 | 7/7/2022 | | | INACTIVE |
| 148428-001700-S | MALAYSIA | NANOSYSTEMS L.L.C. | CONTINUOUS METHOD OF GRINDING PHARMACEUTICAL SUBSTANCES | PI95001375 | 5/25/1995 | | | MY-113569-A | 4/30/2002 | Expired |
| 148428-001800-S | UNITED STATES | | SMALL SCALE HIGH ENERGY MILL AND METHOD THEREOF | 60/137142 | 6/1/1999 | | | | | Expired |
| 148428-001801-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | SMALL-SCALE HIGH ENERGY MILL AND METHOD THEREOF | 09/583893 | 5/31/2000 | | | 6431478 | 8/13/2002 | Expired |
| 148428-001802-S | WIPO | Elan Pharma International Ltd. | SMALL-SCALE MILL AND METHOD THEREOF | PCT/US2000/014705 | 5/31/2000 | 2000/072973 | 12/7/2000 | | | INACTIVE |
| 148428-001803-S | EUROPE | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 00937882.9 | 5/31/2000 | 1185371 | 3/13/2002 | 1185371 | 7/28/2004 | Expired |
| 148428-001804-S | JAPAN | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 2000-621075 | 5/31/2000 | 2003-500206 | 1/7/2003 | 4156807 | 7/18/2008 | Expired |
| 148428-001805-S | CANADA | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 2393195 | 5/31/2000 | 2393195 | 12/7/2000 | 2393195 | 2/20/2007 | Expired |
| 148428-001811-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | SMALL-SCALE HIGH ENERGY MILL AND METHOD THEREOF | 10/037566 | 10/19/2001 | 2002-0145062 | 10/10/2002 | 6745962 | 6/8/2004 | Expired |
| 148428-001813-S | FRANCE | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 00937882.9 | 5/31/2000 | 1185371 | 3/13/2002 | 1185371 | 7/28/2004 | Expired |
| 148428-001814-S | GERMANY | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 00937882.9 | 5/31/2000 | 1185371 | 3/13/2002 | 600 12 520.3 | 7/28/2004 | Expired |
| 148428-001815-S | IRELAND | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 00937882.9 | 5/31/2000 | 1185371 | 3/13/2002 | 1185371 | 7/28/2004 | Expired |
| 148428-001816-S | ITALY | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 502008901664386 | 5/31/2000 | 1185371 | 3/13/2002 | 1185371 | 7/28/2004 | Expired |
| 148428-001817-S | UNITED KINGDOM | Elan Pharma International Limited | SMALL-SCALE MILL AND METHOD THEREOF | 00937882.9 | 5/31/2000 | 1185371 | 3/13/2002 | 1185371 | 7/28/2004 | Expired |
| 148428-001821-S | UNITED STATES | | METHOD OF USING A SMALL SCALE MILL | 10/833045 | 4/28/2004 | 2004-0251332 | 12/16/2004 | 6991191 | 1/31/2006 | Expired |
| 148428-001900-S | UNITED STATES | | APPARATUS FOR SANITARY WET MILLING | 60/199923 | 4/26/2000 | | | | | Expired |
| 148428-001901-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | APPARATUS FOR SANITARY WET MILLING | 09/842619 | 4/26/2001 | 2001-0053664 | 12/20/2001 | 6582285 | 6/24/2003 | EXPIRED |
| 148428-001902-S | WIPO | ELAN PHARMA INTERNATIONAL, LTD. | APPARATUS FOR SANITARY WET MILLING | PCT/US2001/013506 | 4/26/2001 | 2001/085344 | 11/15/2001 | | | Expired |
| 148428-001904-S | JAPAN | Elan Pharma International Limited | APPARATUS FOR SANITARY WET MILLING | 2001-581993 | 4/26/2001 | 2003-532525 | 11/5/2003 | 4343476 | 7/17/2009 | EXPIRED |
| 148428-001905-S | CANADA | Elan Pharma International Limited | APPARATUS FOR SANITARY WET MILLING | 2406696 | 4/26/2001 | 2406696 | 11/15/2001 | 2406696 | 6/30/2009 | EXPIRED |
| 148428-001911-S | UNITED STATES | Elan Pharma International Ltd. | APPARATUS FOR SANITARY WET MILLING | 10/258552 | 12/18/2002 | 2004-0026546 | 2/12/2004 | | | Abandoned |
| 148428-002000-S | UNITED STATES | | SYSTEM AND METHOD FOR MILLING MATERIALS | 60/295965 | 6/5/2001 | | | | | Expired |

| ID | Country | Owner | Title | App No | Filing Date | Pub No | Pub Date | Patent No | Grant Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-002001-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | SYSTEM AND METHOD OF MILLING MATERIALS | 10/162333 | 6/4/2002 | 2002-0179758 | 12/5/2002 | 6742734 | 6/1/2004 | EXPIRED |
| 148428-002002-S | WIPO | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | PCT/US2002/017323 | 5/31/2002 | 2002/098565 | 12/12/2002 | | | NAT PHASE |
| 148428-002003-S | EUROPE | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002004-S | JAPAN | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 2003-501597 | 5/31/2002 | 2004-535919 | 12/2/2004 | 4223390 | 11/28/2008 | EXPIRED |
| 148428-002005-S | CANADA | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 2449490 | 5/31/2002 | 2449490 | 12/12/2002 | 2449490 | 10/5/2010 | EXPIRED |
| 148428-002011-S | UNITED STATES | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 10/732801 | 12/11/2003 | 2004-0164194 | 8/26/2004 | 6976647 | 12/20/2005 | EXPIRED |
| 148428-002016-S | AUSTRIA | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 2002739588 | 7/23/2008 | EXPIRED |
| 148428-002017-S | BELGIUM | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002018-S | CYPRUS | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002019-S | DENMARK | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002021-S | UNITED STATES | | COMPOSITIONS AND METHOD FOR MILLING MATERIALS | 10/832374 | 4/27/2004 | 2004-0195413 | 10/7/2004 | | | Abandoned |
| 148428-002026-S | FINLAND | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002027-S | FRANCE | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002028-S | GERMANY | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 60227802.3 | 7/23/2008 | EXPIRED |
| 148428-002029-S | GREECE | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 20080402576 | 7/23/2008 | EXPIRED |
| 148428-002031-S | UNITED STATES | | SYSTEM AND METHOD FOR MILLING MATERIALS | 11/833645 | 8/3/2007 | 2008-0025807 | 1/31/2008 | 7575184 | 8/18/2009 | EXPIRED |
| 148428-002036-S | IRELAND | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002037-S | ITALY | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 502008901668211 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002038-S | LUXEMBOURG | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002039-S | MONACO | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002046-S | NETHERLANDS | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002047-S | PORTUGAL | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002048-S | SPAIN | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 2309177 | 7/23/2008 | EXPIRED |
| 148428-002049-S | SWEDEN | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002056-S | SWITZERLAND | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002057-S | TURKEY | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 2008 07967 | 7/23/2008 | EXPIRED |
| 148428-002058-S | UNITED KINGDOM | Elan Pharma International Limited | SYSTEM AND METHOD FOR MILLING MATERIALS | 02739588.8 | 5/31/2002 | 1392441 | 3/3/2004 | 1392441 | 7/23/2008 | EXPIRED |
| 148428-002100-S | UNITED STATES | | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 60/873132 | 12/6/2006 | | | | | Expired |
| 148428-002101-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 11/951114 | 12/5/2007 | 2008-0139482 | 6/12/2008 | 8148398 | 4/3/2012 | ISSUED |
| 148428-002102-S | WIPO | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | PCT/US2007/024914 | 12/5/2007 | 2008/070121 | 6/12/2008 | | | NAT PHASE |
| 148428-002103-S | EUROPE | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 07862551.4 | 12/5/2007 | 2101772 | 9/23/2009 | 2101772 | 4/25/2012 | ISSUED |
| 148428-002104-S | JAPAN | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 2009-540280 | 12/5/2007 | 2010-511715 | 4/15/2010 | 5213137 | 3/8/2013 | ISSUED |
| 148428-002105-S | CANADA | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 2671904 | 12/5/2007 | 2671904 | 6/12/2008 | 2671904 | 7/3/2012 | ISSUED |
| 148428-002106-S | CHINA | Baudax Bio, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 200780050532.4 | 12/5/2007 | 101588803 | 11/25/2009 | 101588803 | 3/20/2013 | ISSUED |
| 148428-002107-S | AUSTRALIA | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 2007328210 | 12/5/2007 | 2007328210 | 6/12/2008 | 2007328210 | 3/7/2013 | ISSUED |
| 148428-002108-S | INDIA | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 2432/KOLNP/2009 | 12/5/2007 | 2432/KOLNP/2009 | 7/24/2009 | 287758 | 9/25/2017 | ISSUED |
| 148428-002116-S | GERMANY | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 07862551.4 | 12/5/2007 | 2101772 | 9/23/2009 | 602007022332.6 | 4/25/2012 | ISSUED |
| 148428-002117-S | FRANCE | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 07862551.4 | 12/5/2007 | 2101772 | 9/23/2009 | 2101772 | 4/25/2012 | ISSUED |
| 148428-002118-S | UNITED KINGDOM | Cornell Research Foundation, Inc. | INTERMEDIATE DURATION NEUROMUSCULAR BLOCKING AGENTS AND ANTAGONISTS THEREOF | 07862551.4 | 12/5/2007 | 2101772 | 9/23/2009 | 2101772 | 4/25/2012 | ISSUED |
| 148428-002200-S | UNITED STATES | | SYMMETRICAL AND ASYMMETRICAL ISOQUINOLINIUM MALEATES: NONDEPOLARIZING NEUROMUSCULAR BLOCKING DRUGS WHICH ARE IMMEDIATELY REVERSIBLE BY CYSTEINE AND GLUTATHIONE NONDEPOLARIZING NEUROMUSCULAR BLOCKING AGENTS | 61/160915 | 3/17/2009 | | | | | Expired |
| 148428-002201-S | UNITED STATES | ATHYRIUM OPPORTUNITIES III ACQUISITION LP | REVERSIBLE NONDEPOLARIZING NEUROMUSCULAR BLOCKADE AGENTS AND METHODS FOR THEIR USE | 13/257214 | 12/13/2011 | 2012-0095041 | 4/19/2012 | 8592451 | 11/26/2013 | ISSUED |
| 148428-002202-S | WIPO | Cornell University | REVERSIBLE NONDEPOLARIZING NEUROMUSCULAR BLOCKADE AGENTS AND METHODS FOR THEIR USE | PCT/US2010/000796 | 3/17/2010 | 2010/107488 | 9/23/2010 | | | NAT PHASE |
| 148428-002300-S | UNITED STATES | | CYSTEINE FOR PHYSIOLOGICAL INJECTION | 61/235191 | 8/19/2009 | | | | | Expired |
| 148428-002301-S | UNITED STATES | Cornell University | CYSTEINE FOR PHYSIOLOGICAL INJECTION | 13/391154 | 5/7/2012 | 2012-0214873 | 8/23/2012 | 9220700 | 12/29/2015 | ISSUED |
| 148428-002302-S | WIPO | Cornell University | CYSTEINE FOR PHYSIOLOGICAL INJECTION | PCT/US2010/045907 | 8/18/2010 | 2011/022491 | 2/24/2011 | | | NAT PHASE |
| 148428-002308-S | CHINA | Cornell University | CYSTEINE FOR PHYSIOLOGICAL INJECTION | 201080047362.6 | 8/18/2010 | 102573794 | 7/11/2012 | 102573794 | 3/15/2017 | ISSUED |
| 148428-002400-S | UNITED STATES | | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 61/666244 | 6/29/2012 | | | | | Expired |
| 148428-002401-S | UNITED STATES | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 14/411060 | 12/23/2014 | 2015-0191453 | 7/9/2015 | 9156826 | 10/13/2015 | ISSUED |

| Ref | Country | Owner/Applicant | Title | Application No. | Filing Date | Pub. No. | Pub. Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-002402-S | WIPO | SAVARESE, John, J. MCGILVRA, Jeff, D. | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | PCT/US2013/048771 | 6/28/2013 | 2014/005122 | 1/3/2014 | | | NAT PHASE |
| 148428-002403-S | EUROPE | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002404-S | JAPAN | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 2015-520604 | 6/28/2013 | 2015-522033 | 8/3/2015 | 6236077 | 11/2/2017 | ISSUED |
| 148428-002410-S | UNITED STATES | | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 61/703991 | 9/21/2012 | | | | | Expired |
| 148428-002414-S | JAPAN | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 2017-207722 | 6/28/2013 | 2018-048183 | 3/29/2018 | 6709205 | 5/26/2020 | ISSUED |
| 148428-002415-S | SPAIN | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2625329 | 2/15/2017 | ISSUED |
| 148428-002416-S | BELGIUM | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002417-S | SWITZERLAND | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002418-S | GERMANY | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 602013017541.1 | 2/15/2017 | ISSUED |
| 148428-002419-S | FRANCE | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002420-S | UNITED STATES | | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 61/817706 | 4/30/2013 | | | | | Expired |
| 148428-002424-S | JAPAN | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 2020-013449 | 6/28/2013 | 2020-063305 | 4/23/2020 | 7028474 | 2/21/2022 | ISSUED |
| 148428-002425-S | UNITED KINGDOM | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002426-S | IRELAND | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 13810090.4 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002427-S | ITALY | Cornell University | ASYMMETRICAL NEUROMUSCULAR BLOCKING AGENTS OF ULTRA-SHORT, SHORT, OR INTERMEDIATE DURATION | 502017000045667 | 6/28/2013 | 2867219 | 5/6/2015 | 2867219 | 2/15/2017 | ISSUED |
| 148428-002500-S | UNITED STATES | | REVERSAL OF CYSTEINE-INACTIVATED NEUROMUSCULAR BLOCKING DRUGS WITH COMBINATIONS OF REVERSAL AGENTS | 61/841211 | 6/28/2013 | | | | | Expired |
| 148428-002502-S | WIPO | Cornell University | REVERSAL OF CYSTEINE-INACTIVATED NEUROMUSCULAR BLOCKING DRUGS WITH COMBINATIONS OF REVERSAL AGENTS | PCT/US2014/044422 | 6/26/2014 | 2014/210369 | 12/31/2014 | | | Expired |
| 148428-002600-S | UNITED STATES | | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 63/093527 | 10/19/2020 | | | | | Abandoned |
| 148428-002601-S | UNITED STATES | | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 18/249,376 | 4/17/2023 | | | | | PENDING |
| 148428-002602-S | WIPO | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | PCT/US2021/055289 | 10/15/2021 | | 4/21/2022 | | | NAT PHASE |
| 148428-002603-S | EUROPE | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 21881227.9 | 10/15/2021 | 4228760 | 8/23/2023 | | | PUBLISHED |
| 148428-002604-S | JAPAN | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 2023-522999 | 10/15/2021 | | | | | PENDING |
| 148428-002605-S | CANADA | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 3198628 | 10/15/2021 | | | | | PENDING |
| 148428-002607-S | AUSTRALIA | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 2021359825 | 10/15/2021 | | | | | PENDING |
| 148428-002608-S | CHINA | Cornell University | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 202180085244.2 | 10/15/2021 | | | | | PENDING |
| 148428-002610-S | UNITED STATES | | METHODS FOR CONTROLLING AND PREDICTING RECOVERY AFTER NMBA ADMINISTRATION | 63/093179 | 10/17/2020 | | | | | Expired |
| 148428-002700 | UNITED STATES | | METHODS FOR INDUCING NEUROMUSCULAR BLOCKADE (NMB) WHILE MAINTAINING ACCEPTABLE INTUBATION CONDITIONS | 63/501,606 | 5/11/2023 | | | | | PENDING |
| 148428-002800-S | UNITED STATES | | METHODS OF PRODUCING T-CELL POPULATIONS ENRICHED FOR STABLE REGULATORY T-CELLS | 61/576,837 | 12/16/2011 | | | | | EXPIRED |
| 148428-002801-S | UNITED STATES | THE USA AS REPRESENTED BY THE SECRETARY, DEPT. OF HEALTH AND HUMAN SERVICES | METHODS OF PRODUCING T CELL POPULATIONS ENRICHED FOR STABLE REGULATORY T-CELLS | 13/716,900 | 12/17/2012 | 2013-0157363 | 6/20/2013 | 9,481,866 | 11/1/2016 | ISSUED |
| 148428-002811-S | UNITED STATES | THE USA AS REPRESENTED BY THE SECRETARY, DEPT. OF HEALTH AND HUMAN SERVICES | METHODS OF PRODUCING T CELL POPULATIONS ENRICHED FOR STABLE REGULATORY T-CELLS | 15/284,840 | 10/4/2016 | 2017-0022478 | 1/26/2017 | 11,060,059 | 7/13/2021 | ISSUED |
| 148428-002821-S | UNITED STATES | THE USA AS REPRESENTED BY THE SECRETARY, DEPT. OF HEALTH AND HUMAN SERVICES | METHODS OF PRODUCING T-CELL POPULATIONS ENRICHED FOR STABLE REGULATORY T-CELLS | 17/371,589 | 7/9/2021 | 2022-0002672 | 1/6/2022 | | | PUBLISHED |
| 148428-002900 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 61/821,857 | 5/10/2013 | | | | | EXPIRED |
| 148428-002901 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 14/889,962 | 11/9/2015 | 2016-0194605 | 7/7/2016 | 10,093,901 | 10/9/2018 | ISSUED |
| 148428-002902 | WIPO | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | PCT/US2014/037524 | 5/9/2014 | 2014/183056 | 11/13/2014 | | | NAT PHASE |
| 148428-002903 | EUROPE | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 14794253.6 | 5/9/2014 | 3001836 | 4/6/2016 | 3001836 | 8/7/2019 | ISSUED |
| 148428-002911 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 16/123,499 | 9/6/2018 | 2019-0203174 | 7/4/2019 | 10,968,430 | 4/6/2021 | ISSUED |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 148428-002913 | GERMANY | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 14794253.6 | 5/9/2014 | 3001836 | 4/6/2016 | 602014051388.3 | 8/7/2019 | ISSUED |
| 148428-002914 | FRANCE | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 14794253.6 | 5/9/2014 | 3001836 | 4/6/2016 | 3001836 | 8/7/2019 | ISSUED |
| 148428-002915 | UNITED KINGDOM | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | DESIGN AND USE OF SPECIFIC REGULATORY T-CELLS TO INDUCE IMMUNE TOLERANCE | 14794253.6 | 5/9/2014 | 3001836 | 4/6/2016 | 3001836 | 8/7/2019 | ISSUED |
| 148428-003000 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | CYTOTOXIC T CELLS AND BISPECIFIC ANTIBODIES FOR INDUCING IMMUNE TOLERANCE | 62/263,108 | 12/4/2015 | | | | | EXPIRED |
| 148428-003001 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC T CELLS FOR INDUCING IMMUNE TOLERANCE | 15/780,584 | 5/31/2018 | 2018-0369350 | 12/27/2018 | 11,090,373 | 8/17/2021 | ISSUED |
| 148428-003002 | WIPO | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC T CELLS FOR INDUCING IMMUNE TOLERANCE | PCT/US2016/055656 | 10/6/2016 | 2017/095525 | 6/8/2017 | | | NAT PHASE |
| 148428-003003 | EUROPE | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC T CELLS FOR INDUCING IMMUNE TOLERANCE | 16871218.0 | 10/6/2016 | 3384013 | 10/10/2018 | | | PUBLISHED |
| 148428-003010 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC REGULATORY T CELLS FOR INDUCING IMMUNE TOLERANCE | 62/359,886 | 7/8/2016 | | | | | EXPIRED |
| 148428-003011 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC T CELLS FOR INDUCING IMMUNE TOLERANCE | 17/388,606 | 7/29/2021 | 2022-0054608 | 2/24/2022 | | | PUBLISHED |
| 148428-003020 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | ANTIGEN-SPECIFIC REGULATORY T CELLS FOR INDUCING IMMUNE TOLERANCE | 62/393,245 | 9/12/2016 | | | | | EXPIRED |
| 148428-003100-S | UNITED STATES | UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INCORPORATED | FVIII CHIMERIC ANTIGEN RECEPTOR TREGS FOR TOLERANCE INDUCTION IN HEMOPHILIA A | 62/629,139 | 2/12/2018 | | | | | EXPIRED |
| 148428-003101-S | UNITED STATES | UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INCORPORATED | FVIII CHIMERIC ANTIGEN RECEPTOR TREGS FOR TOLERANCE INDUCTION IN HEMOPHILIA A | 16/969,353 | 8/12/2020 | 2021-0023170 | 1/28/2021 | | | PUBLISHED |
| 148428-003102-S | WIPO | UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INCORPORATED | FVIII CHIMERIC ANTIGEN RECEPTOR TREGS FOR TOLERANCE INDUCTION IN HEMOPHILIA A | PCT/US2019/017630 | 2/12/2019 | 2019/157496 | 8/15/2019 | | | NAT PHASE |
| 148428-003200 | UNITED STATES | | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 63/033,080 | 6/1/2020 | | | | | EXPIRED |
| 148428-003201 | UNITED STATES | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 17/335,808 | 6/1/2021 | 2021-0371821 | 12/2/2021 | | | PUBLISHED |
| 148428-003202 | WIPO | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | PCT/US2021/035226 | 6/1/2021 | 2021/247555 | 12/9/2021 | | | NAT PHASE |
| 148428-003203 | EUROPE | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 21817717.8 | 6/1/2021 | 4157997 | 4/5/2023 | | | PUBLISHED |
| 148428-003204 | JAPAN | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 2022-573461 | 6/1/2021 | 2023-527459 | 6/28/2023 | | | PUBLISHED |
| 148428-003205 | CANADA | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 3179826 | 6/1/2021 | 3179826 | 12/9/2021 | | | PUBLISHED |
| 148428-003207 | AUSTRALIA | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 2021283179 | 6/1/2021 | 2021283179 | 12/9/2021 | | | PUBLISHED |
| 148428-003208 | CHINA | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 202180039213.3 | 6/1/2021 | 115768870 | 3/7/2023 | | | PUBLISHED |
| 148428-003209 | SOUTH KOREA | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 10-2022-7046303 | 6/1/2021 | 10-2023-0019157 | 2/7/2023 | | | PUBLISHED |
| 148428-003258 | HONG KONG | THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, INC. | INDUCED REGULATORY T CELLS, METHODS OF PRODUCTION, AND USES THEREOF | 62023078806.4 | 6/1/2021 | 40090014A | 10/27/2023 | | | PUBLISHED |
| 148428-003300 | UNITED STATES | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 63/170,214 | 4/2/2021 | | | | | EXPIRED |
| 148428-003301 | UNITED STATES | TERAIMMUNE, LLC | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 17/709,979 | 3/31/2022 | 2022-0325243 | 10/13/2022 | 11,597,912 | 3/7/2023 | ISSUED |
| 148428-003302 | WIPO | TERAIMMUNE, LLC | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | PCT/US2022/022823 | 3/31/2022 | 2022/212705 | 10/6/2022 | | | NAT PHASE |
| 148428-003303 | EUROPE | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 22782213.7 | 3/31/2022 | | | | | PENDING |
| 148428-003304 | JAPAN | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 2023-561149 | 3/31/2022 | | | | | PENDING |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148428-003305 | CANADA | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 3,214,000 | 3/31/2022 | | | | | | PENDING |
| 148428-003307 | AUSTRALIA | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 2022249354 | 3/31/2022 | | | | | | PENDING |
| 148428-003308 | CHINA | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 202280039576.1 | 3/31/2022 | | | | | | PENDING |
| 148428-003309 | SOUTH KOREA | TERAIMMUNE, INC. | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 10-2023-7037798 | 3/31/2022 | | | | | | PENDING |
| 148428-003311 | UNITED STATES | TERAIMMUNE, LLC | METHOD OF PRODUCING REGULATORY T CELLS BY CULTURING REGULATORY T CELLS OBTAINED FROM UMBILICAL CORD BLOOD | 18/553,233 | 9/29/2023 | | | | | | PENDING |
| 148428-003402-S | WIPO | SCM LIFESCIENCE CO., LTD. TERAIMMUNE, INC. | COMBINED ADMINISTRATION COMPOSITION FOR PREVENTING OR TREATING ATOPIC DERMATITIS, COMPRISING FUNCTION-ENHANCED STEM CELLS AND REGULATORY T CELLS | PCT/KR2022/007696 | 5/30/2022 | 2022/255759 | 12/8/2022 | | | | PUBLISHED |
| 148428-003409-S | SOUTH KOREA | SCM LIFESCIENCE CO., LTD. TERAIMMUNE, INC. | COMBINED ADMINISTRATION COMPOSITION FOR PREVENTING OR TREATING ATOPIC DERMATITIS, COMPRISING FUNCTION-ENHANCED STEM CELLS AND REGULATORY T CELLS | 10-2021-0070810 | 6/1/2021 | 10-2022-0162394 | 12/8/2022 | | | | PUBLISHED |
| 148428-003509-S | SOUTH KOREA | THE INDUSTRY & ACADEMIC COOPERATION IN CHUNGNAM NAT'L UNIVERSITY | COMPOSITION FOR PREVENTING, IMPROVING, OR TREATING ATOPIC DERMATITIS CONTAINING PROTEASOME INHIBITOR AS EFFECTIVE COMPONENT | 10-2017-0105254 | 8/21/2017 | 10-2017-0105254 | 3/4/2019 | 101953671 | 3/4/2019 | ISSUED |

**Fill in this information to identify the case:**

Debtor name  **Baudax Bio, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **24-10583**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  MAM Eagle Lender, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All property of the Debtor** | **$3,605,555.56** | **Unknown** |

**One Bryant Park, 38th Floor**
**New York, NY 10036**
Creditor's mailing address

Describe the lien
**UCC - blanket security interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/29/20**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$3,605,555.56** |

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wilmington Trust, National Association**<br>**As Agent for MAM Eagle Lender, LLC**<br>**1100 N. Market Street**<br>**Wilmington, DE 19890** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name  **Baudax Bio, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **24-10583**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bong-Hyun Kim**<br>**10 Hackett Ct.**<br>**Poolesville, MD 20837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$135,124.00** | **$15,150.00** |
| | Date or dates debt was incurred<br>**Sept 2023 - Nov 2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Charles A. Freyer**<br>**360 Pine Run Drive**<br>**Osprey, FL 34229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52,257.62** | **$2,257.62** |
| | Date or dates debt was incurred<br>**Aug 2023 - Dec 2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,936.57** | **$15,150.00** |
|---|---|---|---|---|

**Christopher T. Sharr**
**1581 Gulf Blvd.**
**Clearwater Beach, FL 33767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Aug 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Comptroller of Maryland**
**Compliance Division**
**Bankruptcy Division**
**301 W. Preston Street, Room 409**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68,371.19** | **$15,150.00** |
|---|---|---|---|---|

**Diane P. Myers**
**1232 Darby Hill Road**
**Havertown, PA 19083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Aug 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249,423.08** | **$15,150.00** |
|---|---|---|---|---|

**Geraldine A. Henwood**
**1554 Paoli Pike**
**No. 308**
**West Chester, PA 19380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Aug 2023 - Dec 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | | Case number (if known) | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue**
**Insolvency Unit**
**600 Arch Street**
**Philadelphia, PA 19106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,877.08** | **$0.00** |
|---|---|---|---|---|

**Irene Kim**
**12582 Foreman Blvd.**
**Clarksburg, MD 20871**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Sept 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120,698.05** | **$15,150.00** |
|---|---|---|---|---|

**Jae Hyun Lim**
**9908 Bald Cypress Dr.**
**Rockville, MD 20850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Sept 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,277.12** | **$15,150.00** |
|---|---|---|---|---|

**Janice M. Trulli**
**230 East Benedict Avenue**
**Havertown, PA 19083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Aug 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address<br>**Jeong Heon Yoon**<br>**16 Chantilly Ct.**<br>**Rockville, MD 20850** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$176,196.86** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Sept 2023 - Nov 2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.12 | Priority creditor's name and mailing address<br>**Jihoon Park**<br>**18919 Festival Dr.**<br>**Boyds, MD 20841** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$169,760.86** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Sept 2023 - Nov 2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.13 | Priority creditor's name and mailing address<br>**Jillian Dilmore**<br>**5 Willow Drive**<br>**Malvern, PA 19355** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,352.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Aug 2023 - Oct 2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.14 | Priority creditor's name and mailing address<br>**Maryland Department of Labor**<br>**1100 N. Eutaw Street**<br>**Room 401 522**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**Natalie K. McDevitt**
**4 Crescent Hill Drive**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,500.00    $15,150.00

Date or dates debt was incurred
**Aug 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Nicole R. Knapp-Kerper**
**559 Vanderslice Street**
**Phoenixville, PA 19460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,079.44    $15,150.00

Date or dates debt was incurred
**Aug 2023 - Dec 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**PA Department of Labor and**
**Industry**
**651 Boas Street**
**Harrisburg, PA 17120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Padma Priya Sekar**
**6000 California Circ.**
**Apt. 111**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$115,038.95    $15,150.00

Date or dates debt was incurred
**Sept 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | | Case number (if known) | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue**
**Bankruptcy Division**
**Dept. 280946**
**Harrisburg, PA 17128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Securities & Exchange**
**Commission**
**Office of General Counsel**
**Attn:  Julia Lewis**
**100 F Street NE / Stop 9320/SP**
**Washington, DC 20549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99,398.75** | **$15,150.00** |
|---|---|---|---|---|

**Si Hyug Jang**
**3979 Ducks Foot Lane**
**Ellicott City, MD 21042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Sept 2023 - Nov 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88,500.88** | **$15,150.00** |
|---|---|---|---|---|

**Syung-Yong Choi**
**3018 Kimberly Drive**
**Norristown, PA 19401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Aug 2023 - Dec 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,779.66 | $15,150.00 |
|---|---|---|---|---|

**2.23**  Priority creditor's name and mailing address
**Yong Chan Kim**
**16 Chantilly Ct.**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$139,779.66    $15,150.00

Date or dates debt was incurred
**Sept 2023 - Dec 2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,226.83 |
|---|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**A&L Goodbody**
**International Financial Services**
**North Wall Quay**
**Dublin 1**
**IRELAND**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ireland legal/professional services**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

$10,226.83

---

**3.2**  Nonpriority creditor's name and mailing address
**ABC/Amega**
**Collection Bureau for**
**Digital Media Innovations, LLC**
**500 Seneca Street, Suite 503**
**Buffalo, NY 14204-1963**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Digital Media**

Date(s) debt was incurred _
Last 4 digits of account number  **2353**

Is the claim subject to offset? ☑ No  ☐ Yes

$9,270.00

---

**3.3**  Nonpriority creditor's name and mailing address
**Accenture LLP**
**161 N. Clark Street**
**Chicago, IL 60601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Regulatory specialized format for FDA and EU filings for drugs**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

$17,413.00

---

**3.4**  Nonpriority creditor's name and mailing address
**Advarra, Inc.**
**4445 Lake Forest Drive**
**Suite 300**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Research Review Board service provider**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

$17,810.00

---

**3.5**  Nonpriority creditor's name and mailing address
**Agilent Technologies, Inc.**
**5301 Stevens Creek Blvd.**
**Santa Clara, CA 95051**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sample analysis for stability of compounds**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,119.60

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,758.25** |
|---|---|---|---|

**Almac Sciences Ireland Ltd**
**(fka Bioclin Research Laboratories)**
**IDA Technology & Business Park**
**Garrycastle, Athlor, Ireland, N37X061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  IRELAND - Analytical testing for commercial product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,050.00** |
|---|---|---|---|

**AlphaVektor, LLC**
**11113 Alison Parke Trail**
**Austin, TX 78755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Formulation and CMC consulting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,228.73** |
|---|---|---|---|

**Alturas Analytics, Inc.**
**1324 Altuas Drive**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  MS/MS bioanalytical services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,855.62** |
|---|---|---|---|

**American Express**
**P.O. Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Corporate Card**

Last 4 digits of account number  **1004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Corporate Card**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**American Society for Enhanced Recovery**
**2111 Chestnut Avenue**
**Suite 145**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Advisors for Neurmuscular Blockers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,500.00** |
|---|---|---|---|

**American Society of Anesthesiologists**
**1061 American Lane**
**Schaumburg, IL 60173-4973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Advisors for anesthesia**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,600.00**

American Society of Colon and
Rectal Surgeons
One Prakview Plaza
Suite 800
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Advisors on bowel surgeries

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,925.94**

Amy Thomas
1511 N. Bailey Road
Downingtown, PA 19335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Consultant - administrative support

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00**

Andrew Dreschler
114 Woodland Avenue
Avon by the Sea, NJ 07717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services as member of Board of Directors and head of audit committee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,280.00**

AON Consulting, Inc.
PO Box 100137
Pasadena, CA 91189-0137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Consultant - commercial transportation and risk reduction

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Aon Risk Services Central, Inc.
Aon Risk Services Companies, Inc.
PO Box 7247-7376
Philadelphia, PA 19170-7376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Insurance - D&O and general business insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

ARE-Maryland No. 52, LLC
Attention:  Corporate Secretary
26 North Euclid Avenue
Pasadena, CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Office lease located at 20400 Century Boulevard, Suite 125, Germantown, MD 20874

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,744.45**

Argot Partners, LLC
767 Third Avenue
34th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Consultant - investor relations

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Baudax Bio, Inc.**
_____
Name

Case number (if known)  **24-10583**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Arnold M. Baskies, MD**
**57 Festival Drive**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services as member of Board of Directors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,620.91** |
|---|---|---|---|

**Baker Tilly US, LLP**
**Box 78975**
**Milwaukee, WI 53278-8975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Lessor for accounting system (Intact)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,920.00** |
|---|---|---|---|

**Ballard Spahr**
**2000 South 8th Street**
**Minneapolis, MN 55402-2274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,550.00** |
|---|---|---|---|

**Baylor College of Medicine**
**One Baylor Plaza**
**CBMN 505**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **TeraImmune consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,414.00** |
|---|---|---|---|

**BDO USA, LLP**
**770 Kenmoor SE**
**Suite 300**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **SOX compliance testing for SEC, audit compliance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,375.00** |
|---|---|---|---|

**Becton Dickinson**
**Beckton, Dickinson & Company**
**PO Box 28983**
**New York, NY 10087-8983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5699**

Basis for the claim:  **Lab equipment relocation services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,132.94** |
|---|---|---|---|

**BGR Government Affairs, LLC**
**601 Thirteenth Street NW**
**Eleventh Floor South**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consultant - lobbying US Congress**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**BIO Korea**
**1st Floor, Building C**
**700 Daewangpangyo-ro, Bundang-gu,**
**Seongn-si, Gyeonggi-do**
**Republic of Korea 13488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Membership fee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,740.88**

**Biocair Inc.**
**30 Tower Office Park**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Cell therapy courier services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,116.00**

**BioPharm Communications**
**290 Union Square Drive**
**New Hope, PA 18938**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **TeraImmune promotion agency services**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,812.50**

**Birch Partners Consulting, LLC**
**1633 Valley Greene Road**
**Paoli, PA 19301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Consultant - clinical operations**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,611.24**

**Broadridge Corp. Issuer Solutions, Inc.**
**PO Box 417106**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Stock transfer agent services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149,210.72**

**Broadridge Investor Comm. Solutions, Inc**
**PO Box 416423**
**Boston, MA 02241-6423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Stock transfer agent services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,845.99**

**CCHMC**
**3333 Burnett Avenue**
**Cincinnati, OH 45229-3039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GMP viral vector manufacturing**

**Last 4 digits of account number  5247**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Certara USA, Inc.**
**Box 32080**
**New York, NY 10087-2080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bioanalytical modeling**

Is the claim subject to offset? ■ No ☐ Yes

**$38,106.25**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Charles River Laboratories Incorporated**
**22022 Transcanadienne**
**Senneville, QC H9X 3R3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Preclinical site - GLP studies BX 3000**

Is the claim subject to offset? ■ No ☐ Yes

**$29,675.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Chase Credit Card**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **4354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$33,515.88**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Christina Carnegie Consultancy, Ltd.**
**Llanvihangel Court**
**Llansoy, Usk**
**Monmouthshire NP15 1DU**
**Wales, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **International consultant in anesthesia products**

Is the claim subject to offset? ■ No ☐ Yes

**$29,202.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Clinical Supplies Management**
**Holdings, Inc.**
**300 Technology Drive**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drug packaging for trials**

Is the claim subject to offset? ■ No ☐ Yes

**$35,900.87**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Cogent Communications, Inc.**
**PO Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$16,341.02**

---

**3.40** | **Nonpriority creditor's name and mailing address**
**Comstar Technologies**
**1155 Phoenixville Pike**
**Suite 114-115**
**West Chester, PA 19380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$15,276.33**

---

Debtor    **Baudax Bio, Inc.**

Name

Case number (*if known*)    **24-10583**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,309.34** |

**Concur Technologies, Inc.**
**601 108th Avenue NE**
**Suite 1000**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense management services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |

**CoPilot Provider Support Services, Inc.**
**1981 Marcus Avenue**
**Suite C130**
**Elmont, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product reimbursement services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |

**Copyright Clearance Center**
**29118 Network Place**
**Chicago, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copyright registration fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124,419.39** |

**Cornell University (Tech Licensing)**
**395 Pine Tree Road**
**Suite 310**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing and patent fees for BX 1000, 2000 and 3000**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,374.87** |

**Curia Wisconsin, Inc.**
**870 Badger Circle**
**Grafton, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **API manufacturing for Bx 1000, Bx 2000**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,817.50** |

**Danforth Advisors LLC**
**PO Box 335**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Temporary senior professional services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,975.00** |

**DataWatch**
**4520 East West Highway**
**Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Installation advice and the door security system at 20400 Century Blvd.**

Last 4 digits of account number  **6766**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | | Case number (if known) | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

---

**3.48** | **Nonpriority creditor's name and mailing address**
**De Lage Landen Financial Services, Inc.**
**1111 Old Eeagle School Road**
**Suite 1**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,673.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**
**Definitive Healthcare, LLC**
**Now:  Joseph, Mann and Creed**
**Collection Agency**
**550 Cochituate Road, Unit 4**
**Framingham, MA 01701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,118.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data analytics for hospital data**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
**Deloitte Tax LLP**
**4022 Sells Drive**
**Hermitage, TN 37076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$60,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax accounting; tax planning**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
**DLA Piper**
**PO Box 780528**
**Philadelphia, PA 19178-0528**

Date(s) debt was incurred _

Last 4 digits of account number  **8428**

As of the petition filing date, the claim is: *Check all that apply.*                    **$297,815.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**
**DLA Piper LLP (US)**
**6225 Smith Avenue**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$340,540.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IP legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**
**Donnelley Financial, LLC**
**PO Box 531832**
**Atlanta, GA 30353-1832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$416,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Publishing quarterly, annual and shareholder meeting materials as well as 8k formatting and publishing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
**Donohue Advisory Associates LLC**
**9801 Washington Blvd.**
**Suite 340**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nasdaq legal counsel regarding shareholder equity compliance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**

**DSG CDM, LLC**
**325 Technology Drive**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Clinical trial electronic data management for BX 2000 and BX 1000 clinical trials**

Is the claim subject to offset? ■ No ☐ Yes

**$60,415.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Dun Laoghaire Rathdown County Council**
**County Hall - Marine Road**
**Dun Laoghaire**
**County Dublin**
**Ireland**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent for office lease located at Block 2 Harbour Square, 5th Floor, Frofton Road, Dun Laughoaire, County Dublin, Ireland**

Is the claim subject to offset? ■ No ☐ Yes

**$1,916.57**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Dun Laoghaire-Rathdown County Council**
**Rates Office**
**County Hall**
**Dun Laoghaire CO**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Rent accrual after lease termination**

Is the claim subject to offset? ■ No ☐ Yes

**$35,546.97**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**E*Trade Financial Corporate Services**
**Attn:  Accounts Receivable**
**PO Box 3512**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equity security services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,725.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Eisneramper LLP**
**733 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Public company auditor Q3 2022 - Q2 2023**

Is the claim subject to offset? ■ No ☐ Yes

**$283,875.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Emtech**
**2377 Crenshaw Blvd.**
**Suite 270**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Banking service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Equisolve, Inc.**
**3500 SW Corporate Parkway**
**Suite 206**
**Palm City, FL 34990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Management of SEC compliance for company website**

Is the claim subject to offset? ■ No ☐ Yes

**$2,195.00**

---

Debtor  **Baudax Bio, Inc.**
_____
Name

Case number (if known)  **24-10583**
_____

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,825.00 |
|---|---|---|---|

**Equity Plan Solutions, LLC**
**1495 Virginia Avenue**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consultant - stock plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,919.03 |
|---|---|---|---|

**eResearch Technology, Inc.**
**PO Box 536636**
**Pittsburgh, PA 15203-5908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Research adminstration services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916,933.72 |
|---|---|---|---|

**ERG Holding Company, LLC**
**Dept. #5614**
**PO Box 790126**
**Saint Louis, MO 63179-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Clinical research services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,133.47 |
|---|---|---|---|

**Eurofins Advantar Laboratories, Inc.**
**5451 Oberlin Drive**
**Suite 100**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Formulation and preclinical manufacturer of BX 3000**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,446.00 |
|---|---|---|---|

**Ewing Cole**
**810 Ligh Street**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2921**

Basis for the claim:  **Architect/engineer for 20400 Century Blvd.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.90 |
|---|---|---|---|

**eXpd8**
**BBS Limited**
**Unit 3C Swords Business**
**Swords CO**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IT support for Ireland location**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,558.82 |
|---|---|---|---|

**Eze Castle Integration, Inc.**
**100 High Street**
**16th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Alpha vector/IT support**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,557.16** |

**Facility Logix, LLC**
**3901 National Drive**
**Burtonsville, MD 20866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Project management for 20400 Century Blvd.**

Last 4 digits of account number  **6101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**Firefly Solutions, LLC**
**16 Tall Timber Lane**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Provider of commercial compliance software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,395.87** |

**Foley & Lardner, LLP**
**3000 K Street NW**
**Suite 600**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IP legal counsel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,800.00** |

**FX2 LLC**
**2052 Ashburton Way**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Leased sales persons**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,811,579.63** |

**Goodwin Procter LLP**
**100 Northern Avenue**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate counsel/SEC counsel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00** |

**Greenleaf Health, Inc.**
**1055 Thomas Jefferson St. NW**
**Suite 450**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant - FDA discussions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,947.87** |

**Health Products Regulatory Authority**
**Earlsfort Centre**
**Earlsfort Terrace**
**Dublin 2**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Irish Regulatory Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Baudax Bio, Inc.**
          Name                                                    Case number (if known)   **24-10583**

---

3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112,500.00**

**Henry M. Jackson Foundation**
**6720-A Rockledge Drive**
**Suite 100**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalties__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,743.98**

**HiTech Health Ltd**
**5-7 Main Street**
**Blackrock**
**CO Dublin**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __IRELAND - CMC consulting and regulatory support__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,407.05**

**Hogan Lovells US LLP**
**PO Box 75890**
**Baltimore, MD 21275-5890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Regulatory counsel for FDA discussions__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00**

**Horne LLP**
**PO Box 2153**
**Birmingham, AL 35287-9331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __TeraImmune auditors__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,240.65**

**Integrated Commercialization**
**Solutions, LLC**
**3101 Gaylord Parkway**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Logistics services__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00**

**Integrichain, Inc.**
**8 Penn Cernter, 3rd Floor**
**1628 JFK Blvd.**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product pricing/rebate compliance__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00**

**Intrado Digital Media, LLC**
**Office of General Counsel**
**11808 Miracle Hills Drive**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Quarterly and annual call services for shareholders__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
inWorks, LLC
PO Box 342
Uwchland, PA 19480

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workspace services for building repairs**

Is the claim subject to offset? ■ No ☐ Yes

**$276.39**

---

**3.84** | Nonpriority creditor's name and mailing address
IQ EQ Corporate Services (IRE) Limited
Suite 6, Rineanna House
Shannon Free Zone CO
IRELAND

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IRELAND - financial support services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,078.69**

---

**3.85** | Nonpriority creditor's name and mailing address
IQVIA RDS, Inc. (FKA Quintiles, Inc.)
4820 Emperor Blvd.
Durham, NC 27703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical drug safety services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,581.16**

---

**3.86** | Nonpriority creditor's name and mailing address
Jae Min Cho
13822 Harrier Way
Clarksburg, MD 20871

Date(s) debt was incurred  **Sept 2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No ☐ Yes

**$11,250.00**

---

**3.87** | Nonpriority creditor's name and mailing address
JBR Clinical Research
650 East 4500 South
Suite 100
Salt Lake City, UT 84107

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical trial site for BX 1000 and BX 2000 studies**

Is the claim subject to offset? ■ No ☐ Yes

**$397,868.42**

---

**3.88** | Nonpriority creditor's name and mailing address
John Goll
4 Barnard Place
Pompton Plains, NJ 07444

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Post-acquisition accounting**

Is the claim subject to offset? ■ No ☐ Yes

**$9,925.89**

---

**3.89** | Nonpriority creditor's name and mailing address
John Savarese
71 Glen Lane
Southbury, CT 06488

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant anesthesiologist**

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

Debtor   **Baudax Bio, Inc.**
Name

Case number (*if known*)   **24-10583**

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,120.00 |
|---|---|---|---|

**Junho Cho**
**244 Congressional Lane**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Sept 2022**

Basis for the claim:  **Promissory note**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,262.42 |
|---|---|---|---|

**Karam Accounting**
**11 Deer Park Drive, Suite 102A**
**Monmouth Junction, NJ 08852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Payroll processing; monthly accounting review; quarterly compilation report; tax return**

Last 4 digits of account number  **9203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Karebay**
**11 Deer Paqrk Drive, Suite 102A**
**Monmouth Junction, NJ 08852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Manufacturing GMP material (BHKps25, oligonucleotide)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,145.61 |
|---|---|---|---|

**Key Clinical Trial Services**
**1200 South 2000 East**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **CRA monitoring**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,180.66 |
|---|---|---|---|

**Kingsdale Shareholder Services US Inc.**
**745 Fifth Avenue**
**5th Floor**
**New York, NY 10151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Proxy solicitation services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**KPMG**
**Dept. 0522**
**PO Box 120522**
**Dallas, TX 75312-0522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Public accounting auditor**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,142.18 |
|---|---|---|---|

**KPMG - Dublin**
**1 Stokes Place**
**St. Stephen's Green**
**D02 DE03**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **IRELAND - accounting**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324,051.87** |
|---|---|---|---|

**Labcorp Early Development
Laboratories, Inc.
PO Box 2464
Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Preclinical lab services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**Layer 8 Security, LLC
5 Great Valley Parkway
Suite 130
Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT SEC compliance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,714.59** |
|---|---|---|---|

**LifeSci Advisors, LLC
250 West 55th Street
34th Floor
New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IR/PR services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,086.80** |
|---|---|---|---|

**LIfeworks US, Inc.
PO  Box 775226
Chicago, IL 60677-5226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,178.50** |
|---|---|---|---|

**Loonhills R&D Inc.
5320 13e Avenue
Montreal, WC H1X 2X8
CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **R&D tox labs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,516.67** |
|---|---|---|---|

**Lyophilizatin Technology, Inc.
30 Indian Drive
Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BX 3000 clinical trial drug lyophilization**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,331.00** |
|---|---|---|---|

**Masako Consulting, LLC
2020 Grand River Anx
Suite 100
Brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Monitoring services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | | Case number (if known) | 24-10583 |
|---|---|---|---|---|
| | Name | | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**
**McKesson Medical - Surgical Inc.**
**9954 Maryland Drive**
**Suite 4000**
**Henrico, VA 23233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Specialty distributor for ASCs**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,593.30**

---

**3.105**

**Nonpriority creditor's name and mailing address**
**MedDoc Acquisition**
**13826 Grey Colt Drive**
**Gaithersburg, MD 20878-3867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data list services**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Mediant Communications, Inc.**
**PO Box 29976**
**New York, NY 10087-9976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor/trader and proxy vote number services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,774.23**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**Mele Associates**
**11 Taft Court**
**Suite 101**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Installation of the wired/wireless network at 20400 Century Blvd.**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,429.97**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Nasdaq Stock Market, LLC**
**PO Box 780700**
**Philadelphia, PA 19178-0700**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stock market trading platform fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,937.84**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Navex Global, Inc.**
**5500 Meadows Road**
**Suite 500**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,086.70**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**NetMedia Solutions LLC**
**100 W. Main Street**
**Suite 206**
**Lansdale, PA 19446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,314.16**

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address

**NIH**
**Government Lockbox**
**3180 River Trail S.**
**Earth City, MO 63045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.112** | Nonpriority creditor's name and mailing address

**Noble Capital Markets, Inc.**
**150 East Palmetto Park Road**
**Suite 110**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fairness opinion**

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.113** | Nonpriority creditor's name and mailing address

**Patheon UK Limited**
**Kingfisher Drive**
**Covingham**
**Swindon Wiltshire**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finished product fill**

Is the claim subject to offset? ■ No ☐ Yes

**$59,520.09**

---

**3.114** | Nonpriority creditor's name and mailing address

**Pay Governance, LLC**
**Two Logan Square**
**100 N. 18th Street**
**Suite 821**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board consultant for compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$4,142.50**

---

**3.115** | Nonpriority creditor's name and mailing address

**PECO**
**Payment Processing**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

Date(s) debt was incurred _

Last 4 digits of account number  **9043**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$351.28**

---

**3.116** | Nonpriority creditor's name and mailing address

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

Date(s) debt was incurred _

Last 4 digits of account number  **0030**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,045.08**

---

**3.117** | Nonpriority creditor's name and mailing address

**Pedley Law, PLLC**
**4365 S. Alton Way**
**Englewood, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number  **6759**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal counsel for M&A**

Is the claim subject to offset? ■ No ☐ Yes

**$4,225.00**

---

| Debtor | **Baudax Bio, Inc.** | | Case number *(if known)* | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**Pinecone41, Inc.**
**3031 Tisch Way**
**110 PO**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  R&D tax credit submission**

Last 4 digits of account number  **2117**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.20**

**Pitney Bowes**
**27 Waterview Drive**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lease payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,386.64**

**PNC Bank**
**The Tower at PNC Plaza**
**300 Fifth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **5792**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,970.72**

**PNC Bank**
**The Tower at PNC Plaza**
**300 Fifth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **3328**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

**PNC Bank**
**The Tower at PNC Plaza**
**300 Fifth Avenue**
**Pittsburgh, PA 15222**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Letter of credit (TerraImmune commercial lease)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**PNC Bank**
**The Tower at PNC Plaza**
**300 Fifth Avenue**
**Pittsburgh, PA 15222**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Letter of credit (Baudax Bio commercial lease)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,806.20**

**Pope & Associates, LLC**
**5171 Mohawk Lane**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business consulting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**

**Potomac Law Group**
**1717 Pennsylvania Avenue, NW**
**Suite 1025**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,393.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IP management services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

**PPD Development, LP**
**929 North Front Street**
**Wilmington, NC 28401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$30,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **E&L testing of commercial product**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**

**PRI Healthcare Solutions, LP**
**461 From Road**
**Suite 190**
**Paramus, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$32,796.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical services for NMB studies**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

**Proshred Security**
**25 Industrial Blvd.**
**Paoli, PA 19301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$766.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Confidential waste shredding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Quality Chemical Laboratories, LLC**
**3400 Enterprise Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$111,195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Analytical testing for BX 3000**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

**Reed Smith**
**599 Lexington Avenue**
**New York**
**New York, NY 10022-7650**

Date(s) debt was incurred _

Last 4 digits of account number  **2986**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,312.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal advice on the potential joint venture deal**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

**Rubin and Rudman**
**53 State Street**
**Boston, MA 02109**

Date(s) debt was incurred _

Last 4 digits of account number  **1569**

As of the petition filing date, the claim is: *Check all that apply.*   **$11,714.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal counsel for investment and HR documents**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Baudax Bio, Inc.** | Case number (if known) | **24-10583** |
|---|---|---|---|

Name

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Sagamore Sales and Marketing, Inc.**
**569 Main Street**
**Suite 201**
**Warren, RI 02885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Marketing/sales services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,985.78** |
|---|---|---|---|

**Say Technologies, LLC**
**85 Willow Road**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Shareholder services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,666.67** |
|---|---|---|---|

**SCP Vitalife Partners II, LP**
**5 Great Valley Parkway**
**Suite 210**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Board fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Sejong LLP**
**65 Challenger Road**
**Suite 250**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  TeraImmune independent accountant

Last 4 digits of account number  9991

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509.20** |
|---|---|---|---|

**Selection.com**
**155 Tri-County Prkwy**
**Suite 150**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Temp labor/recruiting

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,140.42** |
|---|---|---|---|

**Sesnzime, Inc.**
**5072 Annuciation Circle**
**Suite 220**
**Immokalee, FL 34142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  TeraImmune patient identification

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,180.17** |
|---|---|---|---|

**Sharp Packaging Solutions**
**23 Carland Road**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Commerical packaging

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Baudax Bio, Inc. | Case number (if known) | 24-10583 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address
**Sheppard Mullin**
**333 South Hope STreet, 43rd Floor**
**5493, CA 90071-1422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trademark filing and management**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,714.86**

---

**3.140** | Nonpriority creditor's name and mailing address
**Shoals Medical Trials, Inc.**
**1300 South Montgomery Avenue**
**Sheffield, AL 35660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical NMB trials**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,566.74**

---

**3.141** | Nonpriority creditor's name and mailing address
**Stewart McCallum**
**1401 Kyneton Road**
**Villanova, PA 19085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical and pharmaceutical consulting**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.142** | Nonpriority creditor's name and mailing address
**Stout Risius Ross, LLC**
**150 W. Second Street**
**Suite 400**
**Royal Oak, MI 48067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting specialist**

Is the claim subject to offset? ■ No  ☐ Yes

**$239,037.50**

---

**3.143** | Nonpriority creditor's name and mailing address
**Sughrue**
**2000 Pennsylvania Avenue, NW**
**Suite 9000**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number  **5035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IP management**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,571.57**

---

**3.144** | Nonpriority creditor's name and mailing address
**Synchrony Healthcare Communications, Inc**
**22 N. Church Street**
**West Chester, PA 19380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service provider for reimbursement Hub**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,193.75**

---

**3.145** | Nonpriority creditor's name and mailing address
**SZH Consulting**
**2737 Lantern Lane**
**Norristown, PA 19403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TeraImmune HR consulting**

Is the claim subject to offset? ■ No  ☐ Yes

**$123,250.00**

---

| Debtor | **Baudax Bio, Inc.** | | Case number *(if known)* | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

---

**3.146**

**Nonpriority creditor's name and mailing address**

**The FKM Group**
**FKM Engineering Limited**
**3013 Lake Drive**
**Dublin 24**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Design/contractor services

Is the claim subject to offset? ■ No ☐ Yes

**$468.06**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**The Griesser Group, LLC**
**107 N. Drexel Avenue**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Clinical data management and statistics

Is the claim subject to offset? ■ No ☐ Yes

**$35,225.00**

---

**3.148**

**Nonpriority creditor's name and mailing address**

**The Harrison Group, Inc.**
**3 Raymond Drive**
**Suite 201**
**Havertown, PA 19083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Board expense reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**

**The O'Connor Group**
**418 Gulph Ridge Drive**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Temp labor/recruiting and consulting HR assistance

Is the claim subject to offset? ■ No ☐ Yes

**$64,824.30**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**The Plan Advocate**
**150 South Warner Road**
**Suite 300**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  HR services

Is the claim subject to offset? ■ No ☐ Yes

**$5,378.44**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**The Protection Bureau**
**Accounts Receivable Dept.**
**197 Philips Road**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office security services

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**

**The University of Iowa Pharmaceuticals**
**115 South Grand Avenue G-20**
**Iowa City, IA 52242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pharmaceutical manufacturing services

Is the claim subject to offset? ■ No ☐ Yes

**$3,985.15**

---

| Debtor | **Baudax Bio, Inc.** | | Case number (if known) | **24-10583** |
|---|---|---|---|---|
| | Name | | | |

---

**3.153** | Nonpriority creditor's name and mailing address
**Torillo & Associates, LLC**
**2 Rock Hill Road**
**Newtown Square, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TeraImmune HR consulting**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,350.00**

---

**3.154** | Nonpriority creditor's name and mailing address
**TRIO**
**5 Sylvan Way**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TeraImmune business services**

Is the claim subject to offset? ☑ No ☐ Yes

**$54,924.25**

---

**3.155** | Nonpriority creditor's name and mailing address
**Troutman Pepper Hamilton Sanders LLP**
**3000 Two Logan Square**
**Eighteenth and Arch Streets**
**Philadelphia, PA 19103-2799**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,297,028.67**

---

**3.156** | Nonpriority creditor's name and mailing address
**Trovare Preclinical Consulting, LLC**
**PO Box 3435**
**Ventura, CA 93006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GLP studies BX 3000**

Is the claim subject to offset? ☑ No ☐ Yes

**$23,975.00**

---

**3.157** | Nonpriority creditor's name and mailing address
**University of Florida Research**
**Foundation, Inc.**
**310 Walker Hall**
**PO Box 115500**
**Gainesville, FL 32611-5500**

Date(s) debt was incurred _

Last 4 digits of account number  **2586**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.158** | Nonpriority creditor's name and mailing address
**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight/postage**

Is the claim subject to offset? ☑ No ☐ Yes

**$122.18**

---

**3.159** | Nonpriority creditor's name and mailing address
**UPToDate, Inc.**
**230 Third Avenue**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software for clinicians in trials**

Is the claim subject to offset? ☑ No ☐ Yes

**$673.00**

---

| Debtor | Baudax Bio, Inc. | | Case number (if known) | 24-10583 |
|---|---|---|---|---|
| | Name | | | |

---

**3.160**

**Nonpriority creditor's name and mailing address**

**Valogic**
**21 Byte Ct.**
**Frederick, MD 21702**

Date(s) debt was incurred _

Last 4 digits of account number  **7788**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GMP advice and environment monitoring system**

Is the claim subject to offset? ■ No ☐ Yes

**$92,556.14**

---

**3.161**

**Nonpriority creditor's name and mailing address**

**VenAmerica Communications, Inc.**
**PO Box 190**
**Olney, MD 20830-0190**

Date(s) debt was incurred _

Last 4 digits of account number  **1903**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data/phone cabling and installation**

Is the claim subject to offset? ■ No ☐ Yes

**$3,709.26**

---

**3.162**

**Nonpriority creditor's name and mailing address**

**Verizon**
**PO Box 16804**
**Newark, NJ 07101-6804**

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$292.86**

---

**3.163**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**PO Box 408**
**Newark, NJ 07101-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$1,351.68**

---

**3.164**

**Nonpriority creditor's name and mailing address**

**WCG IRB, Inc.**
**1019 39th Avenue**
**Suite 120**
**Puyallup, WA 98374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Central IRB reviewer**

Is the claim subject to offset? ■ No ☐ Yes

**$1,005.00**

---

**3.165**

**Nonpriority creditor's name and mailing address**

**William Ashton**
**450 Inveraray Road**
**Villanova, PA 19085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees**

Is the claim subject to offset? ■ No ☐ Yes

**$43,333.33**

---

**3.166**

**Nonpriority creditor's name and mailing address**

**Winston J. Churchill**
**500 SE Mizner Blvd.**
**Apt. 305A**
**Boca Raton, FL 33432-6083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees**

Is the claim subject to offset? ■ No ☐ Yes

**$33,250.00**

---

Debtor  **Baudax Bio, Inc.**

Name

Case number (if known)  **24-10583**

| | |
|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Wontae Chang**
**11976 Artery Drive**
**Fairfax, VA 22030**

Date(s) debt was incurred  **Dec 2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,833.34**

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** |

**WPT Land 2 LP**
**5 Great Valley Parkway**
**Suite 209**
**Malvern, PA 19355**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87,831.42**

Basis for the claim:  **Commercial rent - Malvern location - Nov, Dec, Jan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** |

**Young O. Hahm**
**17827 Shotley Bridge Pl.**
**Olney, MD 20832**

Date(s) debt was incurred  **Sept 2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,400.00**

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** |

**Yourway Transport, Inc.**
**6681 Snowdrift Road**
**Allentown, PA 18106**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,600.40**

Basis for the claim:  **Freight/postage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** |

**Zoom Video Conferencing**
**55 Almaden Blvd.**
**Suite 600**
**San Jose, CA 95113**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,502.90**

Basis for the claim:  **Service provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,630,572.11 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,995,246.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,625,818.56 |

**Fill in this information to identify the case:**

Debtor name    **Baudax Bio, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-10583**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease located at 20400 Century Boulevard, Suite 125, Germantown, MD 20874.** | |
| | State the term remaining | **Lease term expires Dec 2031** | **ARE-Maryland No. 52, LLC Attention:  Corporate Secretary 26 North Euclid Avenue Pasadena, CA 91101** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement for use of certain patent rights held by Cornell University** | |
| | State the term remaining | | **Cornell University Center for Technology Licensing Attn: Executive Director 395 Pine Tree Road, Suite 310 Ithaca, NY 14850** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2 Toshiba Copiers** | |
| | State the term remaining | **Lease term expires Dec 2024** | **TGI Office Automation 120 3rd Street Brooklyn, NY 11231** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commerical space at 420-500 Lapp Road, Suites 480 and 490, Malvern, PA 19355.** | |
| | State the term remaining | **Lease term expires Dec 2027** | **WPT Land 2 LP c/o Workspace Property Trust 7 Great Valley Parkway Suite 190 Malvern, PA 19355** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Baudax Bio, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **24-10583**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Baudax Bio Limited** | **490 Lapp Road Malvern, PA 19355** | **MAM Eagle Lender, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Baudax Bio N.A. LLC** | **490 Lapp Road Malvern, PA 19355** | **MAM Eagle Lender, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **TeraImmune, LLC** | **20400 Century Blvd. Suite 125 Germantown, MD 20874** | **MAM Eagle Lender, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Baudax Bio, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **24-10583**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,010,004.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **TeraImmune equipment sales** | **$225,750.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **TeraImmune equipment sales** | **$22,772.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Baudax Bio, Inc.**                                                    Case number *(if known)* **24-10583**

---

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Baudax Bio, Inc.**                                                Case number *(if known)*  **24-10583**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Smith Kane Holman, LLC 112 Moores Road Suite 300 Malvern, PA 19355 | | 2/2/24 | $100,000.00 |
| | Email or website address dsmith@skhlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Alkermes Pharma Ireland Limited 900 Winter Street Waltham, MA 02451 | Intellectual property rights in and other property/interests related to ANJESO. | 3/29/23 | $0.00 |
| | Relationship to debtor ANJESO manufacturer and creditor | | | |

Debtor   **Baudax Bio, Inc.**                                        Case number *(if known)*  **24-10583**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2. | **Cartesian Therapeutics, Inc.**<br>**704 Quince Orchard Rd**<br>**Gaithersburg, MD 20878** | **Small cell manufacturing unit** | **Jan 31, 2024** | **$150,000.00** |
| | Relationship to debtor | | | |
| 13.3. | **Kaigene, Inc.**<br>**12358 Parklawn Dr.**<br>**North Bethesda, MD 20852** | **Lab equipment** | **Dec 29, 2023** | **$18,572.00** |
| | Relationship to debtor | | | |
| 13.4. | **Ngene Bio, Inc.**<br>**Seoul, South Korea** | **Lab equipment** | **Jan 19, 2024** | **$42,750.00** |
| | Relationship to debtor | | | |
| 13.5. | **Yoscak Associates**<br>**8628 Dakota Dr**<br>**Gaithersburg, MD 20877** | **Office furniture** | **Dec 27, 2023** | **$4,200.00** |
| | Relationship to debtor | | | |
| 13.6. | **Afab Lab Resources**<br>**260 Interstate Cir #2A**<br>**Frederick, MD 21704** | **Lab equipment** | **Jan 23, 2024** | **$33,000.00** |
| | Relationship to debtor | | | |
| 13.7. | **Aon Risk Services Central,**<br>**Inc.**<br>**Aon Risk Services**<br>**Companies, Inc.**<br>**PO Box 7247-7376**<br>**Philadelphia, PA 19170-7376** | **Insurance premium payments; renewal of**<br>**2024 insurance policies** | **Jan 26, 2024,**<br>**Feb 22, 2024** | **$200,000.00** |
| | Relationship to debtor<br>**Commercial insurer** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:

| Debtor | **Baudax Bio, Inc.** | | Case number *(if known)* | **24-10583** |
|---|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ■ No Go to Part 10.
    - ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor   **Baudax Bio, Inc.**                                    Case number *(if known)* **24-10583**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**49 Lancaster Ave**<br>**Frazer, PA 19355** | **Gerri Henwood**<br>**1554 Paoli Pike, #308**<br>**West Chester, PA 19380**<br><br>**Christopher Sharr**<br>**1554 Paoli Pike, #308**<br>**West Chester, PA 19380** | **72 boxes of data on clinical studies and regulatory filings** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | **Baudax Bio, Inc.** | Case number *(if known)* **24-10583** |

---

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Baudax Bio, Ltd.**<br>**490 Lapp Road**<br>**Malvern, PA 19355** | **Irish wholly owned subsidiary of the Debtor** | EIN: **Ireland company number: 562027**<br><br>From-To **Q4 2019 - present** |
| 25.2. **TeraImmune, LLC**<br>**20400 Century Blvd.**<br>**Suite 125**<br>**Germantown, MD 20874** | **Wholly owned subsidiary of the Debtor** | EIN: **22-1146430**<br><br>From-To **April 2019 - present** |
| 25.3. **TeraImmune Therapeutics, Co., Ltd.** | **South Korean partner entity in which the Debtor holds a 10% interest** | EIN:<br><br>From-To **Aug 2022 - present** |
| 25.4. **Baudax Bio N.A. LLC**<br>**490 Lapp Road**<br>**Malvern, PA 19355** | **Wholly owned subsidiary of the Debtor** | EIN:<br><br>From-To **Q4 2019 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Richard Casten**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **2/22/22 - 3/31/22** |
| 26a.2. **Jillian Dilmore**<br>**5 Willow Drive**<br>**Malvern, PA 19355** | **11/2019 - 10/2023** |
| 26a.3. **Nicole R. Knapp-Kerper**<br>**559 Vanderslice Street**<br>**Phoenixville, PA 19460** | **2/2022 - 12/2023,**<br>**occasional consults**<br>**2024** |
| 26a.4. **Gerri Henwood**<br>**1554 Paoli Pike**<br>**West Chester, PA 19380** | **1/2024 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **KPMG**<br>**Dept. 0522**<br>**PO Box 120522**<br>**Dallas, TX 75312-0522** | **Q4 2021 - Q2 2022,**<br>**Q3 2023** |

Debtor    **Baudax Bio, Inc.**                                        Case number *(if known)* **24-10583**

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Eisner Amper LLP** **733 Third Avenue** **New York, NY 10017** | **Q2 2022 - Q2 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Nicole R. Knapp-Kerper** **1554 Paoli Pike** **#308** **Phoenixville, PA 19460** | |
| 26c.2.    **Gerri Henwood** **1554 Paoli Pike** **#308** **West Chester, PA 19380** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **MAM Eagle Lender, LLC** **One Bryant Park, 38th Floor** **New York, NY 10036** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cede & Co** | **570 Washington Boulevard** **Jersey City, NJ 07310** | **Nominal shareholder with 20% or more interest in Baudax voting securites.** | **46.648%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gerri Henwood** | **1554 Paoli Pike** **#308** **West Chester, PA 19380** | **Director, President, and CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yong Chan Kim** | **1554 Paoli Pike** **#308** **West Chester, PA 19380** | **Director and Chief Scientific Officer** | |

Debtor    **Baudax Bio, Inc.**                                                                    Case number *(if known)*   **24-10583**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wayne B. Weisman** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Chairman of the Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William L. Ashton** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arnold Baskies** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Winston J. Churchill** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Drechsler** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jillian Dilmore** | **1554 Paoli Pike #308 West Chester, PA 19380** | **Principal Accounting Officer** | **January 2021 - October 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Richard S. Casten** | **1554 Paoli Pike #308 West Chester, PA 19380** | **CFO** | **March 2021 - March 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Baudax Bio, Inc.**                                        Case number *(if known)*  **24-10583**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gerri Henwood**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$274,440.26** | **Feb 22, 2023 -**<br>**Q3 2023** | **Salary and benefits** |
| | **Relationship to debtor**<br>**Director, President and CEO** | | | |
| 30.2. | **Jillian Dilmore**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$161,110** | **Feb 22, 2023 -**<br>**September 30, 2023** | **Salary and benefits** |
| | **Relationship to debtor**<br>**Principal Accounting Officer** | | | |
| 30.3. | **Wayne B. Weisman**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$12,500** | **Q1 2023** | **Director and Chairman of the Board fees** |
| | **Relationship to debtor**<br>**Chairman of the Board** | | | |
| 30.4. | **William Ashton**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$12,500** | **Q1 2023** | **Director and chair of committee fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.5. | **Arnold M. Baskies, MD**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$10,000** | **Q1 2023** | **Director fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.6. | **Winston J. Churchill**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$12,500** | **Q1 2023** | **Director and chair of committee fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.7. | **Andrew Drechsler**<br>**1554 Paoli Pike**<br>**#308**<br>**West Chester, PA 19380** | **$12,500** | **Q1 2023** | **Director and chair of committee fees** |
| | **Relationship to debtor**<br>**Director** | | | |

| Debtor | **Baudax Bio, Inc.** | Case number *(if known)* **24-10583** |
|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2024**

**/s/ Gerri Henwood**                                          **Gerri Henwood**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re __Baudax Bio, Inc.__            Case No. __24-10583__

Debtor(s)        Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $      __100,000.00__

   Prior to the filing of this statement I have received ........................... $      __100,000.00__

   Balance Due ..................................................................................... $          __0.00__

2. $ __1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March  7, 2024__
*Date*

**/s/ David B. Smith**
**David B. Smith 59098**
*Signature of Attorney*
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215  Fax: 610-407-7218**
dsmith@skhlaw.com
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Baudax Bio, Inc.**                    Case No.    **24-10583**

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alton Sports Co Ltd**<br>**Kyusik Kang, 8F C-Dong, 25, Pangyo-RO**<br>**256Beon-Gil, Bundang-Gu, Seongham-SI**<br>**Gyeonggi-DO 13487**<br>**South Korea** | **Common Stock** | **415,150** | **0.791%** |
| **Archevrosbiostar Fund-2**<br>**Hyunjung OH**<br>**14th Floor, 10 Gukjegeumyung-RO**<br>**Yeongdeungpo-GU, Seoul 07326**<br>**South Korea** | **Common Stock** | **913,325** | **1.741%** |
| **Broadridge as Exchange Agent For**<br>**teraimmune Inc.**<br>**51 Mercedes Way**<br>**Brentwood, NY 11717-8368** | **Common Stock** | **4,168,423** | **7.946%** |
| **Broadridge as Exchange Agent for**<br>**teraimmune Inc**<br>**51 Mercedes Way**<br>**Brentwood, NY 11717-8368** | **Common Stock** | **186,524** | **0.356%** |
| **Byeungjib Choi**<br>**107-1101 136 Doanbuk-RO**<br>**Seo-Gu**<br>**Daejeon 35351**<br>**South Korea** | **Common Stock** | **215,878** | **0.412%** |
| **Byung Ha Lee**<br>**2425 McCormick Road**<br>**Rockville, MD 20850** | **Common Stock** | **863,511** | **1.646%** |
| **Cede & Co (nominal holder o/b/o other**<br>**unidentifiable shareholders)**<br>**570 Washington Boulevard**<br>**Jersey City, NJ 07310** | **Common Stock** | **24,471,707** | **46.648% (believed to be held**<br>**on behalf of other**<br>**unidentifiable shareholders)** |
| **DS and Partners**<br>**Jeongwoong Choi**<br>**14F One-IFC, 15, Gukjegeumyung-RO**<br>**Yeongdeungpo-GU, Seoul 07335**<br>**South Korea** | **Common Stock** | **578,245** | **1.102%** |

Sheet 1 of 4 in List of Equity Security Holders

In re: **Baudax Bio, Inc.** _____   Case No. **24-10583**
**Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DSC Startup Foolow-On Fund II**<br>**Keimin Lee**<br>**3F, 10, Ttukseom-RO 1-Gil**<br>**Seongdong-Gu, Seoul 04779**<br>**South Korea** | **Common Stock** | **240,936** | **0.459%** |
| **DSC Tech Valueup Fund I**<br>**Keimin Lee**<br>**3F, 10, Ttukseom-RO 1-Gil**<br>**Seongdong-GU, Seoul 04779**<br>**South Korea** | **Common Stock** | **240,936** | **0.459%** |
| **Gerri Henwood**<br>**3 Jorrocks Lane**<br>**Malvern, PA 19355-3327** | **Common Stock** | **15** | **0.000%** |
| **Jihooon Park**<br>**18919 Festival Drive**<br>**Boyds, MD 20841** | **Common Stock** | **1,888,931** | **3.601%** |
| **Kyunho Han**<br>**1711HO 111 Sinjang-RO**<br>**Hanam-SI**<br>**Gyeonggi-DO 12965**<br>**South Korea** | **Common Stock** | **107939** | **0.206%** |
| **Log-Progress-3Fund**<br>**Hyobin Kim**<br>**21, Seolleung-RO 132-GIL**<br>**Gangnam-GU, Seoul 06065**<br>**South Korea** | **Common Stock** | **415,155** | **0.791%** |
| **Medici 2018-2 Leading Enterprise Fund**<br>**Munho Na**<br>**4501HO 45Floor, 511, Yeongdong-Daero**<br>**Gangnam-GU Seoul 06064**<br>**South Korea** | **Common Stock** | **830,309** | **1.583%** |
| **Nathan Sharpe**<br>**Kivisaarentie 5B 37**<br>**Helsinki 00960**<br>**Finland** | **Common Stock** | **886,462** | **1.690%** |
| **Panolos Bioscience**<br>**Heyseong Lim**<br>**#217, Dongtan-Daero 21-Gil, 10th**<br>**Hwaseong-Si, Gyeonggi-Do 18471**<br>**South Korea** | **Common Stock** | **11,221** | **0.021%** |

List of equity security holders consists of 4 total page(s)

In re:  **Baudax Bio, Inc.**                                            Case No.  **24-10583**

                              **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Chang Whan Lee**<br>**101-502 83 Seocho-Daero 64-Gil**<br>**Seocho-GU**<br>**Seoul 06636**<br>**South Korea** | **Common Stock** | **79,184** | **0.151%** |
| **Rehoboth Investments LLC**<br>**Henry Park**<br>**20 Old Tappan Road**<br>**Westwood, NJ 07675** | **Common Stock** | **39,666** | **0.076%** |
| **Robert Edgley**<br>**16619 Cypress Bay Lane**<br>**Ashton, MD 20861** | **Common Stock** | **2,886,178** | **5.502%** |
| **Ronald Dudek**<br>**109 Jay Drive**<br>**Rockville, MD 20850-4703** | **Common Stock** | **196,762** | **0.375%** |
| **Sang Bum Kim**<br>**147 Seopangyo-RO Apt #1103-602**<br>**Bundang-GU, Seongnam-SI**<br>**Gyeonggi-DO 13475**<br>**South Korea** | **Common Stock** | **47,148** | **0.090%** |
| **SCP Vitalife Partners (Israel) II L**<br>**Attn:  Dennis Ferry**<br>**5 Grteat Valley Parkway**<br>**Suite 210**<br>**Malvern, PA 19355** | **Common Stock** | **207** | **0.000%** |
| **SCP Vitalife Partners II, L.P.**<br>**7 Great Valley Parkway**<br>**Suite 190**<br>**Malvern, PA 19355-1446** | **Common Stock** | **620** | **0.001%** |
| **Seoil E&M Co Ltd**<br>**Geonsu Choi**<br>**914HO, 311, Gangnam-Daero**<br>**Seocho-GU, Seoul 06628**<br>**South Korea** | **Common Stock** | **103,795** | **0.198%** |
| **Series X Escrow (nominal holder o/b/o other unidentifiable shareholders)**<br>**490 Lapp Road**<br>**Malvern, PA 19355** | **Common Stock** | **7,023,511** | **13.388%** |

List of equity security holders consists of 4 total page(s)

In re:  **Baudax Bio, Inc.**                                             Case No.  **24-10583**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Subhash Scaria & Anjala Pulickal Jt Ten**<br>**175 W Tasman Dr**<br>**San Jose, CA 95134-1718** | **Common Stock** | **7** | **0.000%** |
| **The Bank of New York Mellon FBO**<br>**Athyrium Opportunities II Acquisition LP**<br>**240 Greenwich St, #7E**<br>**New York, NY 10007-2163** | **Common Stock** | **49** | **0.000%** |
| **Thomas Henwood**<br>**3 Jorrocks Lane**<br>**Malvern, PA 19355-3327** | **Common Stock** | **14** | **0.000%** |
| **Turret Capital Management LP**<br>**Daniel Chai**<br>**250 Park Ave, 7th Floor**<br>**New York, NY 10177** | **Common Stock** | **926,119** | **1.765%** |
| **Yong Cham Kim**<br>**16 Chantilly Ct**<br>**Rockville, MD 20850** | **Common Stock** | **4,722,326** | **9.002%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 7, 2024**                              Signature  **/s/ Gerri Henwood**

                                                                                          **Gerri Henwood**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **Baudax Bio, Inc.**

Debtor(s)

Case No.    **24-10583**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  7, 2024**

**/s/ Gerri Henwood**

**Gerri Henwood/Chief Executive Officer**
Signer/Title