**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| BAUDAX BIO, INC. | : | Case No. 24-10583 (MDC) |
| | : | |
| Debtor | : | |

**NOTICE OF OFFICER'S COMPENSATION**
**PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1**

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1:

1. On February 22, 2024 (the "Petition Date"), Baudax Bio, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

2. Since the Petition Date, the Debtor has continued to operate its business and manage its property pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. There are no officers or directors of the Debtor to whom compensation is currently being paid. However, Gerri Henwood, the CEO and president of the Debtor, continues to act in her capacity as an officer and director of the Debtor.

4. Ms. Henwood's duties and responsibilities include, but are not limited to, management of the overall operations of the Debtor, financial management of the company, and the development and oversight of the Debtor's direction, objectives, and restructuring strategy.

5. Though the Debtor is not currently compensating Ms. Henwood for her postpetition services as CEO and president, the Debtor reserves the right to seek court authorization to do so at such later time as the Debtor determines.

6. The Debtor is serving this notice on the following: (a) all secured creditors, (b) the 20 largest unsecured creditors, and (c) all parties on the Clerk's Service List.

        SMITH KANE HOLMAN, LLC

Date: March 14, 2024

By: */s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
*Counsel to the Debtor*