**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| BAUDAX BIO, INC. | : | Case No. 24-10583 (MDC) |
| | : | |
| Debtor | : | |

**DECLARATION OF CURTIS WADSWORTH, ESQUIRE**
**IN SUPPORT OF RETENTION OF THREE10 CONSULTING, LLC**
**AS ORDINARY COURSE PROFESSIONAL**

Curtis Wadsworth, Esquire, being duly sworn, upon his oath, deposes and says:

1. I am a/the sole member of Three10 Consulting, LLC, located at 901 Western Avenue, Pittsburgh, Pennsylvania 15233 (the "Company").

2. The above-captioned debtor (the "Debtor") has requested that the Company provide intellectual property maintenance legal services to the Debtor and the Company has consented to provide such services. Specifically, maintenance of a patent portfolio typically requires counsel to respond to correspondence from the U.S. Patent and Trademark Office ("PTO"), such as formal Office Actions and other PTO communications, coordinate with foreign associates regarding maintenance of any international patents, and generally ensuring that no patents or patent applications are deemed abandoned.

3. The Company may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in this chapter 11 case. The Company does not, and shall not, perform services for any such person in connection with this chapter 11 case or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtor or its estate.

4. The services previously performed and to be performed by the Company do not relate to the Debtor's bankruptcy case and generally fall outside of the scope of Section 327 of the Bankruptcy Code. Specifically, the Company's services are not sought as a result of the chapter 11 case nor in furtherance of the administration of the Debtor's bankruptcy estate. Rather, the Company will provide services in connection with the Debtor's ongoing patent maintenance. The Company is a non-bankruptcy professional.

5. As part of its customary practice, the Company is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be retained by the Debtor, claimants and parties in interest in this chapter 11 case.

6. Neither I nor any principal, partner, director, or officer of, or professional retained by the Company, insofar as I have been able to ascertain, has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principal and regular employees of the Company.

7. Neither I nor any principal, partner, director, or officer of, or professional retained by, the Company, holds or represents any interest adverse to the Debtor or its estate with respect to the matter(s) upon which this Company is to be retained.

8. The Debtor does not owe the Company any amount for prepetition services.

9. The Company is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024

By: _____

Name: Curtis Wadsworth, Esquire