## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **Baudax Bio, Inc,** ) | |
| Debtor. ) | **Case No. 24-10583-mdc** |
| _____ ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Bankruptcy Case as counsel for The O'Connor Group, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served at the address of their counsel as set forth below:

> Robert M. Bovarnick, Esquire
> BOVARNICK & ASSOCIATES, LLC
> 555 City Ave., Suite 480
> Bala Cynwyd, PA 19004

> BOVARNICK AND ASSOCIATES, LLC
>
> By:     /s/  Robert M. Bovarnick_____
>          Robert M. Bovarnick, Esquire
>          Bovarnick and Associates, LLC
>          555 City Ave., Suite 480
>          Bala Cynwyd, PA 19004

Dated: March 27, 2024