# EXHIBIT B

| | Task 2: Asset Disposition. Sales, leases (§ 365 matters), abandonment and related transaction work related to asset disposition. | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/10/2024 | status call with client re: sale process | DS | 0.1 | $49.50 | 2 |
| 4/11/2024 | Zoom session re: possible proposal for assets or certain assets of Debtor and how such an offer should be structured | DS | 0.3 | $148.50 | 2 |
| 4/11/2024 | Communication with client re: term sheet format for prospective purchasers | DS | 0.1 | $49.50 | 2 |
| 4/14/2024 | Communication with possible purchaser of assets re: process of Term Sheet submission | DS | 0.1 | $49.50 | 2 |
| 4/17/2024 | Communication with parties interested in making offer | DS | 0.1 | $49.50 | 2 |
| 4/12/2024 | Email and telephone call with client regarding potential bidder for the company assets. | NME | 0.2 | $60.00 | 2 |
| | | Totals: | 0.9 | $406.50 | |

| Task 3: Assumption and Rejection of Leases and Contracts (analysis of leases and executory contracts and preparation of motions specifically to assume or reject) ||||||
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/17/2024 | Communication with counsel to Lapp Road landlord re: status of order rejecting lease | DS | 0.1 | $49.50 | 3 |
| 4/17/2024 | attending hearings on motions to reject and for approval of professional in ordinary course | DS | 0.2 | $99.00 | 3 |
| 4/18/2024 | Communication with counsel to Lapp Road landlord re: comments to proposed order rejecting lease | DS | 0.1 | $49.50 | 3 |
| 4/2/2024 | Email correspondence with commercial landlord regarding outstanding lease issues. | NME | 0.1 | $30.00 | 3 |
| 4/3/2024 | Email and telephone correspondence with commercial lessor counsel. | NME | 0.3 | $90.00 | 3 |
| 4/4/2024 | Email and telephone call with counsel for commercial landlord regarding resolution of lease rejection motion and related issues. | NME | 0.4 | $120.00 | 3 |
| 4/11/2024 | Brief legal research regarding landlord claims arising from damages to commercial leaseholds; revise proposed consent order and email correspondence with landlord counsel regarding same. | NME | 1.4 | $420.00 | 3 |
| 4/12/2024 | Email correspondence with commercial landlord counsel regarding proposed order in motion to reject lease. | NME | 0.1 | $30.00 | 3 |
| 4/24/2024 | Phone calls to client regarding removal of items from commercial unit; email to landlord counsel regarding same and proposed consent order resolving lease rejection motion. | NME | 0.7 | $210.00 | 3 |
| 4/25/2024 | Email correspondence with client regarding default letter from commercial landlord. | NME | 0.1 | $30.00 | 3 |
| | | Totals: | 3.5 | $1,128.00 | |

| Task 7: Case Administration (coordination and compliance activities not specifically covered by another category) ||||||
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/17/2024 | status correspondence to client re: court hearings and other matters | DS | 0.2 | $99.00 | 7 |
| 4/6/2024 | Email correspondence with client regarding list of items to remove from surrendered commercial unit. | NME | 0.1 | $30.00 | 7 |
| 4/6/2024 | Prepare and file certificate of no response to motion to employ intellectual property counsel. | NME | 0.2 | $60.00 | 7 |
| 4/8/2024 | Email correspondence with client regarding property remaining at leasehold. | NME | 0.1 | $30.00 | 7 |
| 4/8/2024 | Email correspondence with PA Department of L&I regarding use of cash collateral; revise and file amended certificate of cash collateral notification. | NME | 0.6 | $180.00 | 7 |
| 4/11/2024 | Email correspondence with client regarding personal property remaining at the leasehold and February MOR | NME | 0.2 | $60.00 | 7 |
| 4/11/2024 | Lengthy phone call with client regarding case administration: MORs, potential purchasers of IP, leasehold issues. | NME | 0.9 | $270.00 | 7 |
| 4/24/2024 | Review court orders granting administrative motions; email to debtor's professional regarding same. | NME | 0.3 | $90.00 | 7 |
| 4/26/2024 | Email correspondence with client regarding commercial lease held by subsidiary. | NME | 0.1 | $30.00 | 7 |
| 4/27/2024 | Email correspondence with client regarding lease termination letter for subsidiary, March MOR. | NME | 0.3 | $90.00 | 7 |
| | | Totals: | 3.0 | $939.00 | |

## Task 8:
## Claims Administration and Objections (specific claim inquiries; bar date motions; analyses, objections and allowances of claims.)

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/17/2024 | Telephone call with client re: possible wage claim arising from employment by affiliated entity | DS | 0.2 | $99.00 | 8 |
| 4/18/2024 | Communication with ICS re: claim for administrative claim and possible rejection of executory contract | DS | 0.1 | $49.50 | 8 |
| 4/11/2024 | Revise and file proposed order for bar date motion in accord with court direction; email correspondence with court regarding same. | NME | 0.4 | $120.00 | 8 |
| 4/11/2024 | Review entered bar date order, effect service of order and required document on all parties entitled to same. | NME | 0.6 | $180.00 | 8 |
| 4/24/2024 | Email correspondence with client regarding ongoing storage fees asserted by creditor. | NME | 0.3 | $90.00 | 8 |
| | | Totals: | 1.6 | $538.50 | |

## Task 11:
## Fee/Employment Applications (preparations of employment and fee applications for self or others; motions to establish interim procedures)

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/6/2024 | Finalize and file CNO for first request for payment on account, begin work on second request. | NME | 0.7 | $210.00 | 11 |
| 4/26/2024 | Begin preparation of March Request for Payment on Account. | NME | 0.5 | $150.00 | 11 |
| 4/29/2024 | Prepare second request for payment on account and related exhibits. | NME | 1.4 | $420.00 | 11 |
| 4/30/2024 | Finalize exhibits and time summaries for second request for payment on account. | NME | 1.2 | $360.00 | 11 |
| | | Totals: | 3.8 | $1,140.00 | |

## Task 20:
### Reporting (Statement of financial affairs, schedules, monthly operating reports and any other accounting or reporting activities; contacts with the United States Trustee not included in other categories)

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/12/2024 | final review of monthly operating report | DS | 0.3 | $148.50 | 20 |
| 4/6/2024 | Finalize February MOR and attachments; send to client for review and signature. | NME | 0.6 | $180.00 | 20 |
| 4/11/2024 | Finalize and file February MOR. | NME | 0.7 | $210.00 | 20 |
| 4/12/2024 | Finalize and file February MOR; provide same to UST with explanation of prepetition account documentation. | NME | 1 | $300.00 | 20 |
| | | Totals: | 2.6 | $838.50 | |