# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/31/2024 | Online Research - Pacer Q1-2024 | $36.60 |
| 04/30/2024 | Online Research - Lexis Nexis 4/11/24 | $11.16 |
|  |  | **$47.76** |